| | |
|---|---|
| 1 | SHERYL MOULTON |
|   | IN PRO PER |
| 2 | P.O. Box 223581 |
|   | Carmel, CA 93922 |
| 3 | Telephone: (408) 840-2907 |

FILED

2007 NOV 20  A 10: 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated, | ) MOTION FOR LEAVE TO FILE  ) *IN FORMA PAUPERIS* |
| Plaintiffs, | ) |
| vs. | ) **C07 05861**  RS |
| EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE *IN FORMA PAUPERIS***

Plaintiff hereby moves this Court for leave to file *in forma pauperis*. Affidavit in support of this Motion, and a proposed order are attached.

Dated: November 20, 2007

Respectfully submitted,

SHERYL MOULTON

By: *[signature]*
Sheryl Moulton

Page 2 of 2
MOTION FOR LEAVE TO FILE *IN FORMA PAUPERIS*

Case 5:07-cv-05861-JW   Document 2   Filed 11/20/2007   Page 2 of 4

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of  CALIFORNIA, SAN JOSE DIVISION

| SHERYL MOULTON | **APPLICATION TO PROCEED** |
|---|---|
| Plaintiff | **WITHOUT PREPAYMENT OF** |
| V. | **FEES AND AFFIDAVIT** |
| EUGENE BURGER MANAGEMENT, ET. AL. | |
| | CASE NUMBER: |
| Defendant | |

I, SHERYL MOULTON _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

      3-2007 approx. $1,700/month Employers Insurance, Reno, NV

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☒ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☒ | ☐ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

3b. $350/month
3d. $549/month
3f. Minimal settlement for real estate damages/partial recovery of real estate losses (amount undisclosed due to confidentiality agreement).

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  $750

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Car $3500
   Home - negative equity value -$0

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

11/19/07                         *Sheryl Hutton*
_____                  _____
    Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.