**United States District Court**
For the Northern District of California

***E-FILED 11/20/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EUGENE BURGER MANAGEMENT CORPORATION, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 07-05861 RS<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for March 12, 2008 at 2:30 p.m. before the Honorable Judge Richard Seeborg has been vacated.

Dated:  11/20/07

　　　　　　　　　　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WEIKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Martha Parker Brown
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1. **THIS IS TO CERTIFY THAT THIS NOTICE WAS MAILED TO:**

2. Sheryl Moulton
3. Post Office Box 223581
   Carmel, CA 93922

4.

5. Dated: 11/20/07

6.

7.                           /s/ BAK
                       Chambers of Magistrate Judge Richard Seeborg
8.

(lines 9–28)