UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHERYL MOULTON,

        Plaintiff,

  v.

EUGENE BURGER MANAGEMENT
CORPORATION, ET AL. et al,

        Defendant.
                                        /

Case Number: CV07-05861 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sheryl Moulton
Post Office Box 223581
Carmel, CA 93922

Dated: November 21, 2007

                                            Richard W. Wieking, Clerk
                                            By: Tiffany Salinas-Harwell, Deputy Clerk