

1 | SHERYL MOULTON
  | IN PRO PER
2 | P.O. Box 223581
  | Carmel, CA 93922
3 | Telephone: (408) 840-2907

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated, | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *IN FORMA PAUPERIS* |
| Plaintiffs, | C07 05861  RS |
| vs. | |
| EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500. | |
| Defendants. | |

Page 1 of 2
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *IN FORMA PAUPERIS*

1  UPON CONSIDERATION of Plaintiff's Motion and Affidavit in Support of the Motion for
2  Leave to File *In Forma Pauperis*, this ___ day of _____, 2007, it be and hereby is
3
4  ORDERED that Plaintiff be permitted to file her Complaint without payment of fees, and be
5  allowed to proceed *in forma pauperis*.
6
7  _____
   United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28