**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON, | No. C 07-05861 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE |
| EUGENE BURGER MANAGEMENT CORPORATION, ET AL., | |
| Defendant(s). | |
| _____ / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment of this case, the previous case management conference has been reset to March 17, 2008 at 10:00 AM Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management statement by March 7, 2008.

Dated: November 27, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
 Elizabeth Garcia
 Courtroom Deputy