**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERYL MOULTON,                                    No. C 07-05861 JW

        Plaintiff(s),

                                          CLERK'S NOTICE SETTING MOTION
     v.                                                    FOR HEARING

EUGENE BURGER MANAGEMENT
CORPORATION, ET AL.,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss has been set to for hearing on

**February 25, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.


Dated:  December 18, 2007

                                       FOR THE COURT,
                                       Richard W. Wieking, Clerk



                                       by:  _____/s/_____
                                              Elizabeth Garcia
                                            Courtroom Deputy