United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION
10   Sheryl Moulton,                        NO. C 07-05861 JW
11              Plaintiff,                   **ORDER GRANTING LEAVE TO
                                            PROCEED USING THE COURT'S
         v.                                 E-FILING SERVICE**
12
     Eugene Burger Management Corp., et al.,
13
14              Defendants.
                                      /
15          Before the Court is Plaintiff's request to be included in the Court's electronic filing system.

16   For good cause, the Court GRANTS Plaintiff's leave to proceed in this action using the Court's

17   e-filing service.  Plaintiff shall contact the Clerk of Court within ten (10) days from the date of this

18   Order to properly register for e-filing.

19
20   Dated:  December 20, 2007              _____
                                            JAMES WARE
21                                          United States District Judge
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle Agnes Kern
Gayle A Kern,Ltd
5421 Kietzke Ln #200
Reno,  NV 89511

Sheryl  Moulton
Post Office Box 223581
Carmel,  CA 93922

**Dated:  December 20, 2007**                    **Richard W. Wieking, Clerk**

                                                 **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California