GAYLE A. KERN, LTD.
GAYLE A. KERN, ESQ.
NEVADA BAR #1620
CALIFORNIA BAR #131258
5421 KIETZKE LANE, SUITE 200
RENO, NEVADA 89511
Telephone (775) 324-5930
Telefax (775) 324-6173
E-mail: gaylekern@kernltd.com

Attorneys for Lakeside Plaza Condominium
    Association; Phillip E. Frink; and
        Phil Frink and Associates, Inc.

ORIGINAL

07 DEC 26  PH 3: 02

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500.<br><br>        Defendants.<br>_____/ | Case No. CV07-05861-JW<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS**<br><br>Hearing Date:   February 25, 2008<br>Hearing Time:  9:00am |

NOTICE IS HEREBY GIVEN that a Motion to Dismiss ("Motion"), was filed on behalf of Defendants Lakeside Plaza Condominium Association, Inc., Phil Frink and Associates, Inc., and Phillip E. Frink.

GAYLE A. KERN, LTD.
5421 KIETZKE LANE, SUITE 200
RENO, NEVADA 89511
TELEPHONE (775) 324-5930

NOTICE IS ALSO HEREBY GIVEN that the hearing on said Motion will be held before the United States District Court for the Northern District of California, San Jose Division, 280 S. 1st Street, San Jose, California, Courtroom 8, 4th Floor, on February 25, 2008 at 9:00am and may be continued from time to time as the court orders.

DATED this 21st day of December, 2007.

GAYLE A. KERN, LTD.

_Gayle A. Kern_

Gayle A. Kern, Esq.
Attorneys for Defendants Lakeside Plaza Condominium Association, Inc., Phillip E. Frink and Phil Frink and Associates, Inc.

GAYLE A. KERN, LTD.
5421 KIETZKE LANE, SUITE 200
RENO, NEVADA 89511
TELEPHONE (775) 324-5930

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law offices of Gayle A. Kern, Ltd., and that on the ____ day of December, 2007, I served the foregoing document(s) described as follows:

### <u>NOTICE OF HEARING ON MOTION TO DISMISS</u>

On the party(s) set forth below by:

X    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

Personal delivery.

Facsimile (FAX).

Federal Express or other overnight delivery.

Reno-Carson Messenger Service.

addressed as follows:

Sheryl Moulton
P.O. Box 223581
Carmel, CA 93922

Dated this 21st day of December, 2007.

_____
AMBER A. GARRELL

SUBSCRIBED & SWORN TO before me
this 21st day of December, 2007.

_____
Notary Public



TERESA A. GEARHART
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 94-0132-2 - Expires September 10, 2010

GAYLE A. KERN, LTD.
5421 KIETZKE LANE, SUITE 200
RENO, NEVADA 89511
TELEPHONE (775) 324-5930

3