# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MOULTON, SHERYL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV07-05861 JW

V.

PHIL FRINK & ASSOCIATES, INC.

TO: (Name and address of defendant)

PHIL FRINK & ASSOCIATES, INC.
c/o GAYLE A. KERN
5421 KIETZKE LANE SUITE 200
RENO, NV 89511

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL MOULTON
IN PRO PER
P.O. BOX 223581
CARMEL, CA 93922

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE
DEC 0 6 2007

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/6/97 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER  John Cowell | TITLE  Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Phil Frink & Associates, Inc. c/o LeAnn Clanton  Gayle A. Kern  5421 Kietzke Lane Suite 200  Reno, NV. 89511

☐ Returned unexecuted:

☑ Other (specify): Registered Agent's Business.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/6/07
                Date

Signature of Server   JL Cowell

Address of Server   P.O. Box 223642 Carmel, CA. 93922

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure