# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ADR

MOULTON, SHERYL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

MICHAEL GRADY

C07 05861 

TO: (Name and address of defendant)

MICHAEL GRADY
2955 LAKESIDE DR #309
RENO, NV  89509

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL MOULTON
IN PRO PER
P.O. BOX 223581
CARMEL, CA  93922

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/20/2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

**Process Rush**

RCMS Tracking #: **0243515**

**RENO / CARSON MESSENGER SERVICE INC.**
185 MARTIN ST
RENO, NV 89509
(775) 322-2424

Federal Tax ID: 88-0306306

Date Printed: **Dec 10 2007**

Case Heading:
SHERYL MOULTON
vrs
EUGENE BURGER MANAGEMENT

E-MAILED

Cause #: C07-05861RS
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Docs: SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF; AND DAMAGES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

| INVOICE TOTAL DUE | |
|---|---|
| Total: | 51.30 |
| Pre-Paid Retainer: | 0.00 |
| Amount Due | 51.30 |

Case Reference # **LP HOA / SHERYL**
Account Number: **MOUL**   Phone: (775) 232-2545

**SHERYL MOULTON**
P.O. BOX 223581
CARMEL, CA  93922

Servee(s): MICHAEL GRADY, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

SSN          DOB

SSN          DOB

Person Served: MICHAEL GRADY, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

Service Address: 2955 LAKESIDE DR.  LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

Served By: JOSHUA FLATLEY
Date/Time Serivce: Nov 20 2007 2:05PM

Service notes and/or description of person served.

Special Handling:
RUSH SERVICE - TODAY BETWEEN 1:45 AND 1:55PM
IN THE CLUB HOUSE NEXT TO THE POOL
PERSONAL SERVICE
CALL CARL FRIEDMAN TO POINT THEM OUT TO YOU @ 815-8244
NO ORIGNAL / SM

Bad Addresses:

Services Performed Costs Detail

| DESCRIPTION | PRICE |
|---|---|
| OUT OF STATE PROCESS | 41.50 |
| Copy/Print/Fax Service | 9.80 |

Service History and Notes
11/28/07    WO Closed Date

**INVOICE COPY**

RNINV 02/07/00

## RETURN OF SERVICE

| | |
|---|---|
| Service of this summons and complaint was made by me | **DATE** Nov 20 2007 |
| **NAME OF SERVER** (PRINT) **JOSHUA FLATLEY** | **TITLE** **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ MICHAEL GRADY,, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR
2955 LAKESIDE DR., LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on ___Dec 10 2007___    _[signature]_
            Date                   *Signature of Server*

**185 Martin St., Reno, NV 89509**
*Address of Server*

MOUL 243515

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of this summons and complaint was made by me | Nov 20 2007 |
| NAME OF SERVER *(PRINT)* <br> **JOSHUA FLATLEY** | TITLE <br> **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ MICHAEL GRADY,, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR
2955 LAKESIDE DR., LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on ___Nov 26 2007___   *Signature of Server* [signed]
            *Date*

**185 Martin St., Reno, NV 89509**
*Address of Server*

MOUL 243515

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Process Rush | RENO / CARSON MESSENGER SERVICE INC. | Date Printed: **Nov 26 2007** |
|---|---|---|
| RCMS Tracking #: **0243515** | 185 MARTIN ST<br>RENO, NV 89509<br>(775) 322-2424 | |
| | Federal Tax ID: 88-0306306 | Case Heading:<br>SHERYL MOULTON<br>vrs<br>EUGENE BURGER MANAGEMENT |

**INVOICE TOTAL DUE**

| | |
|---|---|
| Total: | 51.30 |
| Pre-Paid Retainer: | 0.00 |
| Amount Due | 51.30 |

Cause #: C07-05861RS
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Docs: SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF; AND DAMAGES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

Case Reference # **LP HOA / SHERYL**
Account Number: MOUL     Phone: (775) 232-2545

SHERYL MOULTON
P.O. BOX 223581
CARMEL, CA 93922

Servee (s): MICHAEL GRADY, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

SSN     DOB

SSN     DOB

Person Served: MICHAEL GRADY, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

Service Address: 2955 LAKESIDE DR.  LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

Served By: JOSHUA FLATLEY
Date/Time Serivce: Nov 20 2007  2:05PM

Service notes and/or description of person served.

Special Handling:
RUSH SERVICE - TODAY BETWEEN 1:45 AND 1:55PM
IN THE CLUB HOUSE NEXT TO THE POOL
PERSONAL SERVICE
CALL CARL FRIEDMAN TO POINT THEM OUT TO YOU @ 815-8244
NO ORIGNAL / SM

Bad Addresses:

Services Performed Costs Detail

| DESCRIPTION | PRICE |
|---|---|
| OUT OF STATE PROCESS | 41.50 |
| Copy/Print/Fax Service | 9.80 |

Service History and Notes

**INVOICE COPY**

RNINV 02/07/00