# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MOULTON, SHERYL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV07-05861 JW

V.

GAYLE A. KERN

TO: (Name and address of defendant)

GAYLE A. KERN
5421 KIETZKE LANE SUITE 200
RENO, NV 89511

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL MOULTON
IN PRO PER
P.O. BOX 223581
CARMEL, CA 93922

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE

DEC 0 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/6/07 |
| Name of SERVER: John Cowell | TITLE: Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: c/o LeAnn Clayton
Gayle A. Kern, LTD.
5421 Kietzke Lane suite 200
Reno, NV. 89511

☐ Returned unexecuted:

☑ Other (specify): Left with LeAnn Clayton at Gayle A. Kern's Place of Business.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/6/07
           Date

Signature of Server

P.O. Box 223642 Carmel, CA. 93922
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure