# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MOULTON, SHERYL

ADR

v.

FRANK A. PERAU

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 05861 

TO: (Name and address of defendant)

FRANK A. PERAU
5440 Spanish Moss Ct.
Sparks, NV 89436

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL MOULTON
IN PRO PER
P.O. BOX 223581
CARMEL, CA 93922

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/20/2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

Process Rush

RENO / CARSON MESSENGER SERVICE INC.
185 MARTIN ST
RENO, NV 89509
(775) 322-2424
Federal Tax ID: 88-0306306

Date Printed: Dec 10 2007

RCMS Tracking #: 0243518



| INVOICE TOTAL DUE | |
|---|---|
| Total: | 51.30 |
| Pre-Paid Retainer: | 0.00 |
| Amount Due | 51.30 |

Case Heading:
SHERYL MOULTON
vs.
EUGENE BURGER MANAGEMENT

Cause #: C07-05861RS
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Docs: SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF; AND DAMAGES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

E-MAILED

Case Reference # LP HOA / SHERYL
Account Number: MOUL
Phone: (775) 232-2545

SHERYL MOULTON
P.O. BOX 223581
CARMEL, CA  93922

Servee(s): FRANK A. PERAU, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

SSN       DOB

SSN       DOB

Person Served: FRANK A. PERAU BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

Service Address: 2955 LAKESIDE DR.   LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

Served By: JOSHUA FLATLEY
Date/Time Serivce: Nov 20 2007  2:05PM

Service notes and/or description of person served.

Special Handling:
RUSH SERVICE - TODAY BETWEEN 1:45 AND 1:55PM
IN THE CLUB HOUSE NEXT TO THE POOL
PERSONAL SERVICE
CALL CARL FRIEDMAN TO POINT THEM OUT TO YOU @ 815-8244
NO ORIGNAL / SM

Bad Addresses:

| Services Performed Costs Detail | |
|---|---|
| DESCRIPTION | PRICE |
| OUT OF STATE PROCESS | 41.50 |
| Copy/Print/Fax Service | 9.80 |

Service History and Notes
11/28/07   WO Closed Date

INVOICE COPY

RNINV 02/07/00

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of this summons and complaint was made by me | Nov 20 2007 |
| NAME OF SERVER (PRINT)<br>**JOSHUA FLATLEY** | TITLE<br>**PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ FRANK A. PERAU, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR
2955 LAKESIDE DR., LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on    Dec 10 2007                    *[signature]*
                   Date                          Signature of Server

**185 Martin St., Reno, NV 89509**
Address of Server

MOUL 243518

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

| | |
|---|---|
| Service of this summons and complaint was made by me | DATE: Nov 20 2007 |
| NAME OF SERVER (PRINT): **JOSHUA FLATLEY** | TITLE: **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ FRANK A. PERAU, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR
2955 LAKESIDE DR., LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on    Nov 26 2007
                   *Date*                    *Signature of Server*

**185 Martin St., Reno, NV 89509**
*Address of Server*

MOUL 243518

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Process Rush**

RCMS Tracking #: 0243518

**RENO / CARSON MESSENGER SERVICE INC.**
185 MARTIN ST
RENO, NV 89509
(775) 322-2424

Federal Tax ID: 88-030606

Date Printed: **Nov 26 2007**

Case Heading:
SHERYL MOULTON
vs.
EUGENE BURGER MANAGEMENT

Cause #: C07-05861RS
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Docs: SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF; AND DAMAGES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

### INVOICE TOTAL DUE

| | |
|---|---|
| Total: | 51.30 |
| Pre-Paid Retainer: | 0.00 |
| **Amount Due** | **51.30** |

Case Reference #: LP HOA / SHERYL
Account Number: MOUL

SHERYL MOULTON
P.O. BOX 223581
CARMEL, CA   93922

Servee(s): FRANK A. PERAU, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

SSN    DOB

SSN    DOB

Person Served: FRANK A. PERAU BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

Service Address: 2955 LAKESIDE DR.   LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

Served By: JOSHUA FLATLEY
Date/Time Serivce: Nov 20 2007 2:05PM

Service notes and/or description of person served.

Special Handling:
RUSH SERVICE - TODAY BETWEEN 1:45 AND 1:55PM
IN THE CLUB HOUSE NEXT TO THE POOL

PERSONAL SERVICE

CALL CARL FRIEDMAN TO POINT THEM OUT TO YOU @ 815-8244

NO ORIGNAL / SM

Bad Addresses:

| Services Performed Costs Detail | |
|---|---|
| DESCRIPTION | PRICE |
| OUT OF STATE PROCESS | 41.50 |
| Copy/Print/Fax Service | 9.80 |

Service History and Notes

**INVOICE COPY**

RNPERSI 02/07/00