# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

MOULTON, SHERYL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 05861** RS

V.

RICH SVIHLA

TO: (Name and address of defendant)

RICH SVIHLA
2955 LAKESIDE DR #115
RENO, NV 89509

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL MOULTON
IN PRO PER
P.O. BOX 223581
CARMEL, CA 93922

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/20/2007

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

| Process Rush | RENO / CARSON MESSENGER SERVICE INC. | Date Printed: **Dec 10 2007** |
|---|---|---|
| RCMS Tracking #: **0243513** | 185 MARTIN ST<br>RENO, NV 89509<br>(775) 322-2424 | |

|||
|---|---|
| | Federal Tax ID: 88-030606 |

```
                                                    Case Heading:
                                                    SHERYL MOULTON
                                                          vs.                E-MAILED
                                                    EUGENE BURGER MANAGEMENT
                                          Cause #: C07-05861RS
                                          Court:  UNITED STATES DISTRICT COURT NORTHERN
                                                  DISTRICT OF CALIFORNIA
```

| INVOICE TOTAL DUE | |
|---|---|
| Total: | 71.30 |
| Pre-Paid Retainer: | 0.00 |
| Amount Due | 71.30 |

Docs: SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF; AND DAMAGES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

Case Reference #  **LP HOA / SHERYL**
Account Number:  **MOUL**

**SHERYL MOULTON**
**P.O. BOX 223581**
**CARMEL, CA   93922**

Servee(s): RICH SVIHLA, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

    SSN         DOB

    SSN         DOB

Person Served: RICH SVIHLA, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

Service Address: 2955 LAKESIDE DR.  LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

Served By: JOSHUA FLATLEY
Date/Time Serivce: Nov 20 2007  2:05PM

Service notes and/or description of person served.

| Special Handling: | RUSH SERVICE - TODAY BETWEEN 1:45 AND 1:55PM<br>IN THE CLUB HOUSE NEXT TO THE POOL<br><br>PERSONAL SERVICE<br><br>CALL CARL FRIEDMAN TO POINT THEM OUT TO YOU @ 815-8244<br><br>NO ORIGNAL / SM | Bad Addresses: |
|---|---|---|

| Services Performed Costs Detail | | Service History and Notes |
|---|---|---|
| DESCRIPTION | PRICE | 11/28/07   WO Closed Date |
| RUSH NON LOCAL | 20.00 | |
| OUT OF STATE PROCESS | 41.50 | |
| Copy/Print/Fax Service | 9.80 | |

**INVOICE COPY**

RNPERSI 02/07/00

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of this summons and complaint was made by me | Nov 20 2007 |
| NAME OF SERVER *(PRINT)* **JOSHUA FLATLEY** | TITLE **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ RICH SVIHLA,, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR
2955 LAKESIDE DR., LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on    Dec 10 2007            *[signature]*
                   Date              *Signature of Server*

**185 Martin St., Reno, NV 89509**
*Address of Server*

MOUL 243513

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# AFFIDAVIT

State of Nevada        )
                       ss.
County of Washoe       )

JOSHUA FLATLEY, being first duly sworn deposes and says: That affiant is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #322, and not a party to, nor interested in the within action affiant received the documents on Nov 20 2007 11:18AM and on Nov 20 2007 2:05PM affiant personally served a copy of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF; AND DAMAGES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on RICH SVIHLA, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

2955 LAKESIDE DR.   LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

_____
JOSHUA FLATLEY

Signed and sworn to before me on Nov 26 2007
by JOSHUA FLATLEY

_____
Notary Public

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 26, 2008

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RNPERSI 02/07/00

0243513 - MOUL

| Process Rush | RENO / CARSON MESSENGER SERVICE INC. | Date Printed: **Nov 26 2007** |
|---|---|---|
| RCMS Tracking #: **0243513** | 185 MARTIN ST<br>RENO, NV 89509<br>(775) 322-2424 | |

Federal Tax ID: 88-030606

Case Heading:
SHERYL MOULTON
vs
EUGENE BURGER MANAGEMENT

Cause #: C07-05861RS
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| INVOICE TOTAL DUE | |
|---|---|
| Total: | 71.30 |
| Pre-Paid Retainer: | 0.00 |
| **Amount Due** | **71.30** |

Docs: SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF; AND DAMAGES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

Case Reference #   LP HOA / SHERYL
Account Number:   MOUL

**SHERYL MOULTON**
P.O. BOX 223581
CARMEL, CA   93922

Servee (s):   RICH SVIHLA, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

SSN        DOB

SSN        DOB

Person Served:   RICH SVIHLA, BOTH AS INDIVIDUAL AND LAKESIDE PLAZA BOARD DIRECTOR

Service Address:   2955 LAKESIDE DR.   LAKESIDES PLAZA CONDOMINIUM
RENO, NV 89509

Served By:   JOSHUA FLATLEY
Date/Time Serivce:   Nov 20 2007  2:05PM

Service notes and/or description of person served.

Special Handling:
RUSH SERVICE - TODAY BETWEEN 1:45 AND 1:55PM
IN THE CLUB HOUSE NEXT TO THE POOL

PERSONAL SERVICE

CALL CARL FRIEDMAN TO POINT THEM OUT TO YOU @ 815-8244

NO ORIGNAL / SM

Bad Addresses:

Services Performed Costs Detail

| DESCRIPTION | PRICE |
|---|---|
| RUSH NON LOCAL | 20.00 |
| OUT OF STATE PROCESS | 41.50 |
| Copy/Print/Fax Service | 9.80 |

Service History and Notes

**INVOICE COPY**

RNPERSI 02/07/00