```
ALICE CAMPOS MERCADO, ESQ.
NV Bar No. 4555; CA Bar No. 159416
JOY R. GRABER, ESQ.
NV Bar No. 8092; CA Bar No. 227203
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868
```

FILED

2007 DEC 28 P 3: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

In Association With:

```
DOUGLAS A. SEARS, ESQ.
CA Bar No.48646
MATHENY SEARS LINKERT & JAIME LLP
3638 American River Drive
Sacramento, CA 95864
(916) 978-3434
```

Attorneys for Defendants
Gayle A. Kern and Gayle A. Kern, Ltd.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION
* * *

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE BURGER MANAGEMENT, CORPORATION, a California corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and as Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual as Lakeside Plaza Board Director; FRANK A. PERAU, both as individual as Lakeside Plaza Board Director; RICH SVIHLA, both as individual as Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500.<br><br>Defendants. | Case No. C07-05861 JW(RS)<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

Pursuant to Civil L.R. 11-3, Joy R. Graber, an active member in good standing of the bar of the State of Nevada, the bar of the State of California and the United States District Court, District of Nevada, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Gayle A. Kern and Gayle A. Kern, Ltd. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

    Douglas A. Sears, Esq.
    Matheny Sears Linkert & Jaime LLP
    3638 American River Drive
    Sacramento, CA 958
    (916) 978-3434

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of December, 2007.

LEMONS, GRUNDY & EISENBERG
Gayle A. Kern and Gayle A. Kern, Ltd.

By: _____
    JOY R. GRABER

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

-2-