UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON,<br><br>        Plaintiff(s),<br><br>   v.<br><br>EUGENE BURGER MANAGEMENT CORPORATION, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 07-05861 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Motion to Quash Service before Judge James Ware previously noticed for January 28, 2008 at 9:00 AM has been reset to **February 25, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: January 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy