IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton,<br><br>             Plaintiff,<br>    v.<br><br>Eugene Burger Management Corp., et al.,<br><br>             Defendants._____/ | NO. C 07-05861 JW<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

On December 10 and 26, 2007, Defendants filed two separate motions to dismiss. (See Docket Item Nos. 12, 20.) On December 24, 2007, Plaintiff filed a motion entitled, "Plaintiff Moulton's Consolidated: Notice and (1) Motion for Leave to Amend Complaint; Motion for Leave to Amend Opposition to Defendants' Motion to Dismiss, (2) Motion to Disqualify Defendants' Legal Counsel; and (3) Motion to Strike Defendants' Motion to Dismiss or, in the Alternative, Plaintiff's Opposition to Defendants' Motion to Dismiss." (See Docket Item No. 18.) Since Plaintiff is acting in *pro se*, the Court liberally construes Plaintiff's motion first as a motion for leave to file an Amended Complaint.

Federal Rule of Civil Procedure 15 provides, "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a). See Allwaste. Inc. v. Hecht, 65 F.3d 1523, 1530 (9th Cir. 1995).

In this case, Defendants have not yet filed their Answers to Plaintiff's Complaint. Accordingly, Plaintiff may file an Amended Complaint before Defendants serve their Answers on Plaintiff. The Court orders as follows:

(1) Plaintiff shall filed her Amended Complaint as a *separate* docket entry within fifteen (15) days from the date this Order.

(2) In light of this Order, the Court DENIES all currently pending motions to dismiss as moot and VACATES all hearing dates for those motions. Defendants may renotice their motions once Plaintiff files and serves her Amended Complaint.

(3) However, Defendant Gayle A. Kern, Ltd.'s Motion to Quash Service (see docket item no. 19) remains on calendar for hearing on **February 25, 2008 at 9 A.M.**

(4) The Case Management Conference currently set for **March 17, 2008 at 10 A.M.** remains on the calendar. Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Statement on or before March 7, 2008.

(5) With respect to Plaintiff's remaining motions in her consolidated filing, Plaintiff shall properly refile and renotice those motions as separate motions in accordance with the Rule 7 of the Civil Local Rules of Court.

Dated: January 4, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas Alson Sears dsears@mathenysears.com
Gayle Agnes Kern gaylekern@kernltd.com
Sheryl Moulton sherrym@internetvideo.com

**Dated: January 4, 2008**                                  **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy**