1  ALICE CAMPOS MERCADO, ESQ.
   NV Bar No. 4555; CA Bar No. 159416
2  JOY R. GRABER, ESQ.
   NV Bar No. 8092; CA Bar No. 227203
3  LEMONS, GRUNDY & EISENBERG
   6005 Plumas Street, Third Floor
4  Reno, Nevada 89519
   (775) 786-6868
5
6  In Association With:

7  DOUGLAS A. SEARS, ESQ.
   CA Bar No.48646
8  MATHENY SEARS LINKERT & JAIME LLP
   3638 American River Drive
9  Sacramento, CA 95864
   (916) 978-3434

10 Attorneys for Defendants
   Gayle A. Kern and Gayle A. Kern, Ltd.
11

RECEIVED
2007 DEC 28 PM 3:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**FILED**
JAN 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated, | Case No. C07-05861 JW(RS) |
| Plaintiff, | |
| vs. | |
| EUGENE BURGER MANAGEMENT, CORPORATION, a California corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and as Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual as Lakeside Plaza Board Director; FRANK A. PERAU, both as individual as Lakeside Plaza Board Director; RICH SVIHLA, both as individual as Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Defendants. | |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

Joy R. Graber, an active member in good standing of the bars of the States of Nevada and California and in the United States District Court, District of Nevada, whose business addresses and telephone number is 6005 Plumas Street, Third floor, Reno, NV 89519, (775) 786-6868, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Gayle A. Kern and Gayle A. Kern, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All Papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with the co-counsel designated on the application will constitute notice to a party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED Jan 3, 2008

By: /s/ James Ware
DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

-2-