# EXHIBIT 1

# PHIL FRINK & ASSOCIATES, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 6/21/2006 4:00:07 AM |
| Type: | Domestic Close Corporation | Corp Number: | E0467972006-8 |
| Qualifying State: | NV | List of Officers Due: | 6/30/2008 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | GAYLE A. KERN | Address 1: | 5421 KIETZKE LANE SUITE 200 |
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89511 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | |
|---|---|---|
| No Par Share Count: | 10,000.00 | Capital Amount: $ 0 |

**No stock records found for this company**

## Officers
☐ Include Inactive Officers

### Secretary - LINDA E FRINK

| | | | |
|---|---|---|---|
| Address 1: | 2780 ALBAZANO DR | Address 2: | |
| City: | SPARKS | State: | NV |
| Zip Code: | 89436 | Country: | |
| Status: | Active | Email: | |

### Treasurer - LINDA E FRINK

| | | | |
|---|---|---|---|
| Address 1: | 2780 ALBAZANO DR | Address 2: | |
| City: | SPARKS | State: | NV |
| Zip Code: | 89436 | Country: | |
| Status: | Active | Email: | |

### President - PHILLIP E FRINK

| | | | |
|---|---|---|---|
| Address 1: | 2780 ALBAZANO DR | Address 2: | |
| City: | SPARKS | State: | NV |
| Zip Code: | 89436 | Country: | |
| Status: | Active | Email: | |

### Director - PHILLIP E FRINK

| | | | |
|---|---|---|---|
| Address 1: | 2780 ALBAZANO DR | Address 2: | |
| City: | SPARKS | State: | NV |
| Zip Code: | 89436 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | 20060396746-23 | # of Pages: | 2 |
| File Date: | 06/21/2006 | Effective Date: | |

Initial Stock Value: No Par Value Shares: 10,000 -------------------------------------------------------------- Total Authorized Capital: $ 0.00

| | | | |
|---|---|---|---|
| Action Type: | Initial List | | |

# GAYLE A. KERN, LTD

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 7/17/2003 |
| Type: | Domestic Professional Corporation | Corp Number: | C17144-2003 |
| Qualifying State: | NV | List of Officers Due: | 7/31/2008 |
| Managed By: | | Expiration Date: | |

| Resident Agent Information | | | |
|---|---|---|---|
| Name: | GAYLE A. KERN | Address 1: | 5421 KIETZKE LANE SUITE 200 |
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89511 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

| Financial Information | | |
|---|---|---|
| No Par Share Count: | 100.00 | Capital Amount: $ 0 |
| No stock records found for this company | | |

| Officers | ☐ Include Inactive Officers | | |
|---|---|---|---|
| **President - GAYLE A KERN** | | | |
| Address 1: | 5421 KIETZKE LANE | Address 2: | STE 200 |
| City: | RENO | State: | NV |
| Zip Code: | 89509 | Country: | |
| Status: | Active | Email: | |
| **Secretary - GAYLE A KERN** | | | |
| Address 1: | 5421 KIETZKE LANE | Address 2: | STE 200 |
| City: | RENO | State: | NV |
| Zip Code: | 89509 | Country: | |
| Status: | Active | Email: | |
| **Treasurer - GAYLE A KERN** | | | |
| Address 1: | 5421 KIETZKE LANE | Address 2: | STE 200 |
| City: | RENO | State: | NV |
| Zip Code: | 89509 | Country: | |
| Status: | Active | Email: | |

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C17144-2003-001 | # of Pages: | 5 |
| File Date: | 07/17/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | C17144-2003-004 | # of Pages: | 1 |
| File Date: | 08/29/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Resident Agent Address Change | | |
| Document Number: | C17144-2003-003 | # of Pages: | 1 |

# LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active on 11/21/2005 | File Date: | 4/11/1979 |
| Type: | Dom Non-Profit Coop Corp w/o stock | Corp Number: | C1974-1979 |
| Qualifying State: | NV | List of Officers Due: | 4/30/2008 |
| Managed By: | | Expiration Date: | 4/11/2029 |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | GAYLE A KERN | Address 1: | 5421 KIETZKE LANE |
| Address 2: | STE 200 | City: | RENO |
| State: | NV | Zip Code: | 89511 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | NV | Mailing Zip Code: | |

## Financial Information

| | |
|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

**No stock records found for this company**

## Officers                                                 ☐ Include Inactive Officers

**Treasurer - ULLA CHRISTENSEN**

| | | | |
|---|---|---|---|
| Address 1: | 2955 LAKESIDE DR 316 | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89509 | Country: | |
| Status: | Active | Email: | |

**Secretary - MICHAEL GRADY**

| | | | |
|---|---|---|---|
| Address 1: | 2955 LAKESIDE DR #316 | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89509 | Country: | |
| Status: | Active | Email: | |

**Director - DAN JOSEPH**

| | | | |
|---|---|---|---|
| Address 1: | 2955 LAKESIDE DR #122 | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89509 | Country: | |
| Status: | Active | Email: | |

**President - FRANK PERAU**

| | | | |
|---|---|---|---|
| Address 1: | 1000 BECK #353 | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89509 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | |
|---|---|
| Action Type: | Articles of Incorporation |
| Document Number: | C1974-1979-001 | # of Pages: | 0 |
| File Date: | 04/11/1979 | Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Amendment |

# EXHIBIT 2

## ATTORNEY SEARCH

## Gayle Agnes Kern - #131258
### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 131258 | | |
| **Address** | Gayle A Kern, Ltd | **Phone Number** | (775) 324-5930 |
| | 5421 Kietzke Ln #200 | **Fax Number** | (775) 324-6173 |
| | Reno, NV 89511 | **e-mail** | pjrnsu@fasra.eduyrfhecqtf@rncetpow.comyicscgay@wjwbmaaf.comyyygakh@pa： |
| **District** | Outside California | **Undergraduate School** | Univ of Oregon; Eugene OR |
| **County** | Non-California | **Law School** | Univ of Oregon SOL; Eugene OR |
| **Sections** | None | | |

### Status History

**Effective Date**

| | |
|---|---|
| Present | Active |
| 10/13/1998 | Active |
| 1/1/1996 | Inacti |
| 12/11/1987 | Admi |

# EXHIBIT 3



P.O. Box 223581
Carmel, CA 93922

RETURN TO SENDER

NOT AT THIS ADDRESS

Daniel Joseph
2955 Lakeside Dr. #122
Reno, NV 89509

NIXIE        895   DC  1        00 12/19/07
          RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 93922350101      *2941-05617-14-33

# EXHIBIT 4

CALIFORNIA Lakeside Plaza Homeowners          from Washoe County Assessor's Office

| APN | Situs | Owner Name | Mailing Address | Last Trans Date |
|------|--------|------------|-----------------|------------|
| 019-441-07 | 01000 BECK ST | BALDONADO, PHILIP C | SAN FRANCISCO CA 94131-2002 | 6/20/2003 |
| 019-441-13 | 01000 BECK ST | LOUIE, KATHERYN F TR ETAL | SAN MATEO CA 94403 | 7/13/1995 |
| 019-441-15 | 01000 BECK ST | PELLEGRINO, ANTHONY | FAIRFIELD CA 94534 | 8/31/2007 |
| 019-441-20 | 01000 BECK ST | LIGON, DOROTHY M TR | SAN FRANCISCO CA 94116 | 11/5/1996 |
| 019-441-25 | 01000 BECK ST | SUBLETT, CATHERINE L ETAL | SAN MARCOS CA 92078 | 8/29/2003 |
| 019-441-28 | 01000 BECK ST | YOUNG, BERTHA L & GEORGE L SR | VALLEJO CA 94591 | 2/16/1996 |
| 019-442-12 | 01000 BECK ST | NARIMATSU, ROY & MARY M TR | MORGAN HILL CA 95037 | 5/2/1989 |
| 019-442-13 | 01000 BECK ST | PALMER, MICHAEL S & CINDI A TR | ANTIOCH CA 94531 | 1/27/2006 |
| 019-442-25 | 01000 BECK ST | WHITE, MITCHELL R & DIEDRA A | PETALUMA CA 94954 | 11/4/2002 |
| 019-442-27 | 01000 BECK ST | HAO, SHIEU W & TIEN C | EL SOBRANTE CA 94803 | 4/8/2005 |
| 019-442-28 | 01000 BECK ST | SCOTT, ROXANNE | SAN FRANCISCO CA 94110 | 6/4/2004 |
| 019-443-03 | 01000 BECK ST | MUSGROVE, ALFRED A & KATHY C | UNION CITY CA 94587 | 11/25/2002 |
| 019-443-05 | 01000 BECK ST | GAN, YONGJIE ETAL | MOUNTAIN VIEW CA 94040 | 4/15/2004 |
| 019-443-07 | 01000 BECK ST | GASPER, GARY W | SAN FRANCISCO CA 94114 | 11/8/2006 |
| 019-443-11 | 01000 BECK ST | SEDORE, DENNIS C | CAMPBELL CA 95008 | 6/15/2001 |
| 019-443-17 | 01000 BECK ST | TRIPLE S FAMILY LIMITED PTSP | AUBURN CA 95602 | 11/16/2001 |
| 019-443-18 | 01000 BECK ST | KABLER, GEORGINE G TR | MILL VALLEY CA 94941 | 6/28/2007 |
| 019-443-20 | 01000 BECK ST | BARBOUR, CECILE F TR | REDWOOD CITY CA 94061 | 7/22/1999 |
| 019-451-11 | 02955 LAKESIDE | BOADO, RICHARD B & AURORA M | PACIFICA CA 94044 | 6/21/2005 |
| 019-451-17 | 02955 LAKESIDE | DYE, MICHAEL Y F ETAL | CUPERTINO CA 95014 | 4/5/1984 |
| 019-451-26 | 02955 LAKESIDE | SHUBIN, HENRY | WATSONVILLE CA 95076 | 2/20/2007 |
| 019-451-31 | 02955 LAKESIDE DR Lot 131B | SCHMITT, GARY B & MARLYS S TR | EL DORADO CA 95623-0817 | 6/3/2004 |
| 019-451-33 | 02955 LAKESIDE DR Lot 133B | IPPOLITO, CARMINE P & SUSAN D | EL DORADO HILLS CA 95762 | 10/2/1979 |
| 019-451-36 | 02955 LAKESIDE DR Lot 137F | MISUMI, ALICE T ETAL | WATSONVILLE CA 95076 | 5/9/2000 |
| 019-452-01 | 02955 LAKESIDE DR Lot 201D | DEILY, RODERICK R & DENISE A | DANVILLE CA 94506 | 1/27/2006 |
| 019-452-03 | 02955 LAKESIDE DR Lot 203F | JUDSON, STEVEN T & MARGARET E TR | NORTHRIDGE CA 91326 | 8/16/2001 |
| 019-452-06 | 02955 LAKESIDE DR Lot 206F | OTTO, PAUL | TRUCKEE CA 96161 | 5/25/2004 |
| 019-452-11 | 02955 LAKESIDE DR Lot 211D | RUEBENSAAL, JACK D | MONTEREY PARK CA 91755 | 8/2/1996 |
| 019-452-13 | 02955 LAKESIDE DR Lot 213B | SANCHEZ, LEO P | SAN JOSE CA 95148 | 3/31/2005 |
| 019-452-14 | 02955 LAKESIDE DR Lot 214A | CRENSHAW, MICHAEL & PEGGY J | TEMECULA CA 92592 | 2/2/2004 |
| 019-452-25 | 02955 LAKESIDE DR Lot 227D | LOUIE, W F Y & SALLY J TR ETAL | SAN MATEO CA 94403 | 7/13/1995 |

CONFIDENTIAL

CALIFORNIA Lakeside Plaza Homeowners                    from Washoe County Assessor's Office

| APN | Situs | Owner Name | Mailing Address | Last Trans Date |
|-----|-------|-----------|-----------------|------------------|
| 019-452-27 | 02955 LAKESIDE DR Lot 229D | DELLAMORA, RICO D & PATRICIA T | SONORA CA 95370 | 6/30/2005 |
| 019-452-35 | 02955 LAKESIDE DR Lot 235B | LUNDY, DONALD R & GAY D TR | HILLSBOROUGH CA 94010 | 11/8/1999 |
| 019-452-36 | 02955 LAKESIDE DR Lot 237F | PARKER, VESTER W | SAN LORENZO CA 94580 | 8/7/2003 |
| 019-453-04 | 02955 LAKESIDE DR Lot 304D1 | JONCICH, LUKE A TR ETAL | LAGUNA NIGUEL CA 92677 | 9/15/1998 |
| 019-453-12 | 02955 LAKESIDE DR Lot 312B | SAKHRANI, ANUP | LEMOORE CA 93245 | 11/29/2007 |
| 019-453-17 | 02955 LAKESIDE DR Lot 317-F-1 | SCHMITT, GARY B & MARLYS S TR | EL DORADO CA 95623-0817 | 2/5/2004 |
| 019-453-21 | 02955 LAKESIDE DR Lot 323C | WU, JENNIFER ETAL | THOUSAND OAKS CA 91320 | 3/26/2004 |
| 019-453-22 | 02955 LAKESIDE DR Lot 322E | FUJISHIN, IKE A & MARJORIE M TR | SAN JOSE CA 95116-3714 | 11/15/1991 |
| 019-453-24 | 02955 LAKESIDE DR Lot 324E | SCHULTZ, GARY R & LOIS | SARATOGA CA 95070 | 12/1/2004 |
| 019-453-25 | 02955 LAKESIDE DR Lot 327D | CRESPAN, GEORGE M & PATRICIA L TR | SAN JOSE CA 95121 | 9/22/2006 |
| 019-453-26 | 02955 LAKESIDE DR Lot 326D | GONG, JOSEPH & BETTY | FOSTER CITY CA 94404 | 10/28/1998 |
| 019-453-27 | 02955 LAKESIDE DR Lot 329D | WONG, EDWARD B & NORMA V TR | OAKLAND CA 94602 | 10/28/1998 |
| 019-453-32 | 02955 LAKESIDE DR Lot 334F | FONDAS, CHRISTOPHER G & MARY B TR | PALM DESERT CA 92211 | 9/27/1984 |
| 019-453-33 | 02955 LAKESIDE DR Lot 333B | HEYMAN, REBA S ETAL | CUPERTINO CA 95014 | 2/20/2004 |
| 019-453-35 | 02955 LAKESIDE DR Lot 335B | OLSEN, LARRY C | SAN JOSE CA 95128 | 2/6/1997 |

CONFIDENTIAL

# EXHIBIT 5

START  **A**  **Reno, NV**

FINISH  **B**  **Las Vegas, NV**

**Total Distance: 449.3 miles, Total Time:
6 hours 54 mins (approx.)**

START   **A**   **Reno, NV**

FINISH   **B**   **San Jose, CA**

**Total Distance: 250.1 miles, Total Time:
3 hours 40 mins (approx.)**

## United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00217-PMP-LRL

Swan v. Bank of America                          Date Filed: 02/21/2007
Assigned to: Judge Philip M. Pro                 Jury Demand: Plaintiff
Referred to: Magistrate Judge Lawrence R. Leavitt    Nature of Suit: 790 Labor: Other
Cause: 05:704 Labor Litigation                   Jurisdiction: Federal Question

### Plaintiff

**Anna Vallee Swan**                    represented by **Dana M Cotham**
                                        P.O. Box 95141
                                        Las Vegas, NV 89193
                                        236-2000
                                        Email: yourlegalexpert@aol.com
                                        *ATTORNEY TO BE NOTICED*

V.

### Defendant

**Bank Of America**                     represented by **Gayle A. Kern**
                                        Gayle A. Kern, Ltd.
                                        5421 Kietzke Lane
                                        Suite 200
                                        Reno, NV 89511
                                        775-324-5930
                                        Fax: 775-324-6173
                                        Email: gakltd@kernltd.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **John M. Fry**
                                        Ryley Carlock & Applewhite
                                        One North Central Ave
                                        Suite 1200
                                        Phoenix, AZ 85004
                                        Email: jfry@rcalaw.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Sarah Carrasco**
                                        Gayle A. Kern, Ltd.
                                        Mountain View Corporate Center
                                        5421 Kietzke Lane
                                        Suite 200
                                        Reno, NV 89511
                                        775-324-5930
                                        Fax: 775-324-6173

## United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:03-cv-00865-KJD-RJJ

Franklin O. Clary VS Five Star Servide Corporation
Assigned to: Judge Kent J. Dawson
Referred to: Magistrate Judge Robert J. Johnston
Cause: unknown

Date Filed: 07/23/2003
Date Terminated: 12/23/2003
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Franklin O. Clary**

represented by **Franklin O. Clary**
1620 Tiptop Trail
Pahrump, NV 89048
PRO SE

V.

**Defendant**

**Five Star Service Corporation**

represented by **Gayle A. Kern**
Gayle A. Kern, Ltd.
5421 Kietzke Lane
Suite 200
Reno, NV 89511
775-324-5930
Fax: 775-324-6173
Email: gakltd@kernltd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2004 | 17 | MAIL RETURNED Cpy of #15,16 snt to P returned marked "Attempted, Not Known". NOT RESENT (Entered: 03/10/2004) |
| 03/01/2004 | 16 | MEMORANDUM Memo re: taxatn of csts #15. cps dis (Entered: 03/02/2004) |
| 03/01/2004 | 15 | BILL OF COSTS D's B.O.C. taxed in the amount of $0.00. cps dis (Entered: 03/02/2004) |
| 01/12/2004 | 14 | BILL OF COSTS Cpy of B.O.C. obo D. (Entered: 01/13/2004) |
| 01/12/2004 | 13 | NOTICE (OTHER) Notc of entry of ord #9 obo D. (Entered: 01/13/2004) |
| 12/29/2003 | 12 | MAIL RETURNED Cpy of #9 snt to P returned marked "Attempted, Not Known". NOT RESENT (Entered: 12/31/2003) |
| 12/29/2003 | 11 | NOTICE OF CHANGE OF ADDRESS obo Ds cnsl. (m) (Entered: 12/31/2003) |

CLOSED, ENE

## United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:05-cv-01399-RLH-RJJ

Vitug v. Bank of America, et al.
Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Robert J. Johnston
        Magistrate Judge Peggy A. Leen (Settlement)
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 11/22/2005
Date Terminated: 05/17/2006
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Manolito Vitug**

represented by **Michael T Gebhart**
Holland & Hart LLP
3763 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
(702) 669-4600
Fax: (702) 669-4650
Email: mtgebhart@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of America Corporation**

represented by **Charles L. Chester**
Ryley Carlock & Applewhite
One North Central Ave
Suite 1200
Phoenix, AZ 85004
Email: cchester@rcalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gayle A. Kern**
Gayle A. Kern, Ltd.
5421 Kietzke Lane
Suite 200
Reno, NV 89511
775-324-5930
Fax: 775-324-6173
Email: gakltd@kernltd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Fry**

# EXHIBIT 6



# Welcome to Parfumlink

### Hard-to-find European Fragrances

*Best Prices, over 900 Brands in Stock!*

**Fracas, Joy, Quelques Fleurs, Rive Gauche,
Balenicaga, Bogner, Dunhill for Men,
Lacoste, Rochas, Trussardi, Krizia
Jai Ose, Tabac, Opium, Gucci**

**Attention: Collectors of Miniatures & Factices**

**We accept - Mastercard / Visa / Discover cards
Fax and Mail Orders welcome - Order Policy**

### Fax and Mail Order Form

**Stores in 2 locations to better serve you**

**Designer Fragrances**

**The Outlets at Gilroy, Bldg. A
Highway 101 and Leavesley Road
Area map and Local map**

**8155-3 Arroyo Circle, Gilroy, CA 95020
408-848-5769 (voice)  408-848-5759 (fax)
1-888-7PARFUM (772-7386)**

---

**E-mail**

**Gilroy
location**

**Address
Local #**

**Reno
location**

**Aroma Club
Reno Town Mall Shopping Center
the corner of West Peckham and South Virginia Street**

**Address
Local #**

**4001 South Virginia, Reno, Nevada 89509
775-825-7725 (voice) 775-825-7299(fax)
1-877-7PARFUM (772-7386)**

---

© Purple Sage 1995

not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.



Registrant:
  Daniel Joseph
  507-D Casazza Drive
  Reno, Nevada 89502
  United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: PARFUMLINK.COM
  Created on: 13-Jan-00
  Expires on: 13-Jan-09
  Last Updated on: 08-Nov-07

Administrative Contact:
  Joseph, Daniel info@w3sales.net
  507D Casazza Drive
  Reno, Nevada 89502
  United States
  7753297100    Fax -- 7753297200

Technical Contact:
  Joseph, Dan info@w3sales.net
  507D Casazza Drive
  Reno, Nevada 89502
  United States
  8003111399    Fax -- 8883111399

Domain servers in listed order:
  NS1.JKOMNI.COM
  NS2.JKOMNI.COM

# parfumlink.com is

# Reserved

**Status**:
clientRenewProhibited
Status:
clientTransferProhibited
Status:
clientUpdateProhibited
Status:
clientDeleteProhibited

**Registrar**: GODADDY.COM, INC.

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...

+ if you are trying to register/buy this domain...

+ if you are researching this domain...

[Querying whois.internic.net]
[whois.internic.net]
Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: PARFUMLINK.COM
  Registrar: GODADDY.COM, INC.
  Whois Server: whois.godaddy.com
  Referral URL: http://registrar.godaddy.com
  Name Server: NS1.JKOMNI.COM
  Name Server: NS2.JKOMNI.COM
  Status: clientRenewProhibited
  Status: clientTransferProhibited
  Status: clientUpdateProhibited
  Status: clientDeleteProhibited
  Updated Date: 08-nov-2007
  Creation Date: 13-jan-2000
  Expiration Date: 13-jan-2009
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:

## Interested in acquiring this domain?

[Querying whois.internic.net]
[Redirected to whois.godaddy.com]
[Querying whois.godaddy.com]
[whois.godaddy.com]
The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree

# W3sales.net

**From AboutUs**

## Title

Go directly to site

W3 Sales Web Hosting



## Languages

English



## Address

500 Tahoe Ave
Roseville CA 95678 US

## Contact

W3 Salesnet
info@w3sales.net
916-773-0777

*Daniel Josephs Company*



## Additional Information

{{{stats}}}

## Related Domains



DomainTools.com

- AromaClubReno.com
- ArtOfTouch.org
- Byebyeblm.org
- Electric-America.com
- ElectricNevada.com

- Iapn.org
- KnowFree.com
- LibertyAndJusticeForAll.tv
- NevadaFamilies.org
- NevadaFullStatehood.com

- NevadaHomeopathy.orgCompete.com
- NevadaLivestock.org
- Npri.org
- PassionsHeart.com

## External Links

- **Alexa**: W3sales.net
- WHOIS for W3sales.net

RENO MUNICIPAL COURT
OFFICE OF THE COURT CLERK
CHRISTY MAGERS, ADMINISTRATOR



RENO. NEVADA

May 15,00

Daniel Joseph

2730 Wrondel Way

Reno NV 89502

RE: Case or Citation No. TR359 02800

Dear Mr Joseph :

Your request for a new arraignment date has been granted. Your new appearance date is attached
for your reference. Failure to appear on that date may result in the issuance of a warrant.

Sincerely,

Deputy Clerk

**NOTICE OF COURT APPEARANCE**
Municipal Court Building, 33 High Street - Tel. (775) 334-2290 Fax 334-3824
P. O. Box 1900 - Reno, NV 89505

Joseph, Daniel _____ is scheduled to appear

in department: 3    Date 6/5/00    Time 8:30 (am) pm
                         Fecha              Hora

☒ Arraignment          Other:_____
☐ Imposition
☐ Hearing
☐ Proof
☐ Review

**A warrant for your arrest may
be issued if you do not appear**
*Una orden de arresto puede ser
expedida si no se presenta*

Def. Signed _____

Staff:_____          Date: 5/16/00

# EXHIBIT 7



**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JAN 04, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| UNITED MEDICAL EQUIPMENT & SUPPLIES, INC. | | |
| **Number:** C1257054 | **Date Filed:** 9/12/1984 | **Status:** suspended |
| **Jurisdiction:** California | | |
| **Address** | | |
| P O BOX 2686 | | |
| PETALUMA, CA 94953 | | |
| **Agent for Service of Process** | | |
| FRANK PERAU, JR. | | |
| 36 LIVE OAK DR | | |
| PETALUMA, CA 94952 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT 8

GAYLE A. KERN, LTD.

ATTORNEYS AT LAW

GAYLE A. KERN, ESQ.
MEMBER OF THE BARS OF NEVADA AND CALIFORNIA
gaylekern@kernltd.com

SARAH V. CARRASCO, ESQ.
MEMBER OF THE BARS OF NEVADA AND ARIZONA
sarahcarrasco@kernltd.com

5421 KIETZKE LANE, SUITE 200
RENO, NEVADA 89511

TELEPHONE: (775) 324-5930
FACSIMILE: (775) 324-6173

February 15, 2007

ORIGINAL VIA CERTIFIED MAIL AND
COPY VIA FIRST CLASS MAIL

## *NOTICE OF INTENT TO PROCEED WITH*
## *NOTICE OF DELINQUENT ASSESSMENT*
## *AND FORECLOSURE*

Sheryl Moulton
225 Crossroads Blvd. #164
Carmel, CA 93923

> Re:     *Lakeside Plaza Condominium Association*
>         Lot #366

Dear Ms. Moulton:

I represent the Lakeside Plaza Condominium Association and have been retained by the Board of Directors in connection with that amount of money now due and owing for the special assessment.

Our records reflect that as of February 1, 2007, you owe the amount of $1,040.24 for the Special Reserve Assessment through February. Unfortunately, you have failed to make arrangements or bring the account current. In addition, you are now responsible for attorney's fees and costs in the amount of $205.00 for a total now due of $1,245.24. Additional amounts accrue each day.

Pursuant to NRS 116.3116, the Association has a lien on your property. It is my recommendation to my client that if you do not bring this account current, it should either proceed with foreclosure against you or file a lawsuit. In either case, there will be additional amounts due and owing including interest, attorney's fees and foreclosure and/or litigation costs. In addition, you face the possibility of losing your property.

February 15, 2007
Ms. Moulton
Page Two

Your obligations to make the Association's assessments in a timely manner is perfectly clear under the Declaration of Covenants, Conditions & Restrictions of Lakeside Plaza Condominium Association.

Please direct any questions regarding your account to the undersigned. Payment of $1,245.24 must be made to the Lakeside Plaza Condominium Association, care of my address identified above at 5421 Kietzke Lane, Suite 200, Reno, NV 89511.

> **UNLESS YOU NOTIFY US WITHIN 30 DAYS AFTER RECEIPT OF THIS LETTER THAT THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU DO NOTIFY US OF A DISPUTE, VERIFICATION OF THE DEBT WILL BE OBTAINED AND MAILED TO YOU. ALSO, UPON YOUR REQUEST WITHIN 30 DAYS, YOU WILL BE PROVIDED WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR.    THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ALL INFORMATION OBTAINED WILL BE USED FOR SUCH PURPOSE.**

In addition, you should accept this letter as an INTENT TO PROCEED WITH NOTICE OF DELINQUENT ASSESSMENT AND PROCEED WITH FORECLOSURE.

I sincerely hope that you will resolve this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

GAYLE A. KERN, LTD.

Gayle A. Kern

c:  Client

Gayle A. Kern, LTD
5421 Kietzke Lane, Suite 200
Reno, NV 89511

Sheryl Moulton
225 Crossroads Blvd. #164
Carmel, CA 93923

## Sherry

**From:** Sherry [sherylmoulton@aol.com]

**Sent:** Friday, December 01, 2006 9:25 AM

**To:** 'KevinBerg@ebmc.com'

**Subject:** Lakeside Plaza - Security Code

Dear Mr. Berg,

Please provide me with the security code to the Beck building. Apparently, the security codes were changed without my prior knowledge. I know of several residents, along with myself, who were inconvenienced by being locked out.

Secondly, please note my new address and telephone number:

225 Crossroads Blvd. #164
Carmel, CA 93923

(408) 854-5698

Please relay my new contact information to the Lakeside Plaza Board and Gayle Kern, Esq.

Sincerely,
/s/Sheryl Moulton

## Sherry

| | |
|---|---|
| **From:** | KevinBerg@ebmc.com |
| **Sent:** | Friday, December 01, 2006 10:25 AM |
| **To:** | Sherry |
| **Subject:** | Lakeside Plaza - Security Code |

Return Receipt

| | |
|---|---|
| Your document: | Lakeside Plaza - Security Code |
| was received by: | Kevin Berg/Ebmc |
| at: | 12/01/2006 10:16:13 AM |

1