| | |
|---|---|
| RECORDING REQUESTED BY<br><br>Ian D. McPhail, Attorney at Law<br><br>WHEN RECORDED MAIL TO<br><br>IAN D. McPHAIL<br>Attorney at Law<br>9200 Soquel Drive<br>Aptos, CA 95003 | DOC # 3494654<br>02/05/2007 03:18:53 PM<br>Requested By<br>IAN MCPHAIL<br>Washoe County Recorder<br>Kathryn L. Burke - Recorder<br>Fee: $40.00 RPTT: $0.00<br>Page 1 of 2 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made this _22_ day of _JANUARY_, 2007, between SHERYL A. MOULTON, an unmarried woman, herein called Trustor, whose address is 1000 Beck Street, #366, Reno, Nevada 89509; FIRST AMERICAN TITLE COMPANY OF NEVADA, a Nevada corporation, herein called Trustee; and BETTY C. PAUL as Trustee of Trust A under the PAUL TRUST dated March 24, 1997, herein called Beneficiary, whose address is P.O. Box 221461, Carmel, CA 93922.

WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that real property in the County of Washoe, State of Nevada, described as:

The land referred to herein situate in the State of Nevada, County of Washoe, described as follows:

PARCEL 1:
Unit 366-B of LAKESIDE PLAZA, PHASE 1, a Condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, as Tract Map No. 1827.

PARCEL 2:
An undivided 1/191st interest in the Common Areas as shown on the official maps of LAKESIDE PLAZA, PHASES I AND II, a Condominium, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, under Filing No. 597196, Official Records and under Filing No. 597200, Official Records, Washoe County, Nevada.

APN: 019-443-16

Together with the rents, issues and profits, thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, and profits.

For the purposes of securing (1) payment of the sum of **TWENTY EIGHT THOUSAND DOLLARS ($28,000.00)** with interest thereon according to the terms of the promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and all extensions or renewal thereof; and (2) the performance of each agreement of Trustor incorporated herein by reference or contained herein; (3) payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or to his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the Security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious Deed of Trust recorded in the Office of each County Recorder in the State of Nevada on January 30, 1968, in the book and at the page thereof, or under the document or file number, noted below opposite the name of such county, namely: below opposite the name of such county, namely:

| County | Book | Page | Doc. No. | | County | Book | Page | Doc.No. |
|---|---|---|---|---|---|---|---|---|
| Churchill | 39 Mortgages | 363 | 115384 | || | Lincoln | | | 45902 |
| Clark | 850 Off. Rec. | | 682747 | || | Lyon | 37 Off. Rec. | 341 | 100661 |
| Douglas | 57 Off. Rec. | 115 | 40050 | || | Mineral | 11 Off. Rec. | 129 | 89073 |
| Elko | 92 Off. Rec. | 652 | 35747 | || | Nye | 105 Off. Rec. | 107 | 04823 |
| Esmeralda | 3-X Deeds | 195 | 35922 | || | Ormsby | 72 Off. Rec. | 537 | 32867 |
| Eureka | 22 Off. Rec. | 138 | 45941 | || | Pershing | 11 Off. Rec. | 249 | 66107 |
| Humboldt | 28 Off. Rec. | 124 | 131075 | || | Storey | "S" Mortgages | 206 | 31506 |
| Lander | 24 Off. Rec. | 168 | 50782 | || | Washoe | 300 Off. Rec. | 517 | 107192 |
| | | | | || | White Pine | 295 R.E. Records 258 | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivision A and B, (identical in all counties, and printed below) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed a reasonable amount.

The undersigned Trustor requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address above set forth.

Dated: 1.22.07

_Sheryl A. Moulton_ (signature)

SHERYL A. MOULTON

STATE OF CALIFORNIA

COUNTY OF MONTEREY

On January 22, 2007, before me, IAN D. McPHAIL Notary Public, personally appeared SHERYL A. MOULTON, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Ian McPhail_



IAN D. MC PHAIL
Commission # 1418974
Notary Public - California
Santa Cruz County
My Comm. Expires May 17, 2007