## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 Lakeside Dr UNIT #326 | 421 Port Royal Ave Foster City, Calif 94404 | JOSEPH GONG | Joseph Gong | 9-10-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 LAKESIDE DR UNIT 326 | 421 Port Royal Ave Foster City, Calif 94404 | JOSEPH GONG | Joseph Gong | 9-10-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 LAKESIDE DR UNIT #326 | 421 PORT ROYAL AVE FOSTER CITY, CALIF 94404 | JOSEPH GONG | Joseph Gong | 9-10-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the <u>entire</u> Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 LAKESIDE DR UNIT #326 | 421 PORT ROYAL AVE FOSTER CITY, CALIF 94404 | JOSEPH GONG | Joseph Gong | 9-10-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 Beck #356 Reno, NV 89509 | 37 Landers St. #4 San Francisco, CA 94114 | Gary W. Gasper | Gary W. Gasper | 9-11-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 Beck #356 Reno, NV 89509 | 37 Landers St. #4 San Francisco, CA 94114 | Gary W. Gasper | Gary W. Gasper | 9-11-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | -DATE |
|---|---|---|---|---|---|
| 1 | 1000 Beck #356 Reno, NV 89509 | 37 Landers St #4 San Francisco, CA 94114 | Gary W. Gasper | Gary W. Gasper | 9-11-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES**, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the <u>entire</u> Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 Beck #356 Reno, NV 89509 | 37 Landers St. #4 San Francisco, CA 94114 | Gary W Gasper | Gary W. Gasper | 9-11-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES**, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 BEK #367 | 10556 Combie Rd PMB 6484 Auburn, Ca 95602 | Triple S Limited Partnership | Sandra Malin | 9-13-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 BEK #367 | 10566 Combie Rd #PMB 6484 Auburn, Ca 95602 | Triple S Limited Partnership | Sandra Malin | 9-15-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 BECK #367 | 10556 Combie Rd #6486 Auburn, CA 94602 | SSS Limited Partnership | Sandra Malin | 9-13-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the <u>entire</u> Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 Beck #367 | 10556 Combie Rd #6486 Auburn, CA 94502 | SSS Limited Partnership | Sandra Malin | 9-13-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 Lakeside Dr. #334 | 77838 Woodhaven Dr. So. Palm Desert, Ca 92211 | Mary B. Fondes | Mary B. Fondes | 9/27/07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 Lakeside Dr #334 | 77838 Woodhaven Dr. So Palm Desert, Ca 92241 | Mary B. Fondes | Mary B. Fondes | 9/27 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 Lakeside Dr. #334 | 77838 Woodhaven Dr. S Palm Desert, Ca 92211 | Mary B. Fondas | Mary B. Fondas | 9/2/07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the <u>entire</u> Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 Lakeside Dr. #334 | 77838 Woodhaven Dr. So Palm Desert, Ca 92211 | Mary B. Fondas | Mary B. Fondas | 9/27/07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | #211 | 933 Village Dr Monterey Park 91755 | JACK Ruesinsaal | [signature] Ruesaal | 9/16 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | #211 | 933 Village Dr Monterey Park 91755 | JACK Ruesinsaal | [signature] Ruesaal | 9/16 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | #211 | 933 Village Jack Monterey Park 91755 | Rue Sensaal | [signature] | 9/16/07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the <u>entire</u> Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 274 Beck St | 1853 Adobe Creek Dr. Petaluma CA 94954 | Mitchell R White | [signature] | 9/14/07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 274 Beck St | 1853 Adobe Creek Dr Petaluma CA 94954 | Mitchell White | [signature] | 9/14/07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 274 Beck St | 1853 Adobe Creek Dr Petaluma CA 94954 | Mitchell White | [signature] | 9/14/07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the <u>entire</u> Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 BECK APT 376 | 406 A WASH BLVD SF. CA 94129 | ZACH FOLKMANN | [signature] | 9/10/007 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| # | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 BECK APT 376 | 406 A WASH BLVD S.F. CA 94129 | ZACH Folkmann | [signature] | 9/10/00 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 BECK APT 376 | 406 A WASH BLVD SAN FAN CA 94129 | ZACH FOLKMANN | [signature] | 9/10/007 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the <u>entire</u> Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 1000 BECK APT 376 | 406 WASH BLVD S.F. CA 94129 | ZACH FOLKMANN | [signature] | 9/10/007 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

## PETITION FOR THE REPEAL OF THE LAST ENACTED SPECIAL ASSESSMENT OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to repeal and revoke the last enacted special assessment totaling approximately $400,000. Furthermore, the undersigned members demand a full refund of said special assessment funds should this special assessment be repealed:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | 2955 Lakeside #206 | 2130 Leavenworth St San Francisco CA 94133 | Paul Otto | *(signed)* | 9-15-07 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

---

## PETITION TO PROHIBIT FURTHER ASSESSMENTS THAT VIOLATE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION CC&R SECTIONS 6.1-6.7, ET. SEQ. AND ENFORCE THE HOMEOWNER VOTE REQUIREMENT PER CC&R SECTIONS 6.1-6.7, ET. SEQ.

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to prohibit further assessments that violate said CC&R Sections 6.1-6.7, et. seq. and enforce the homeowner vote requirement per CC&R Sections 6.1-6.7, et. seq.:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431

## PETITION FOR THE AUDIT OF FINANCIALS OF LAKESIDE PLAZA CONDOMINIUM ASSOCIATION FROM YEARS 2002 THROUGH 2007

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to audit all Lakeside Plaza Condominium Association financials from years 2002 through 2007 by an independent Certified Public Accountant:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**

---

## PETITION FOR THE REMOVAL OF THE ENTIRE LAKESIDE PLAZA CONDOMINIUM ASSOCIATION BOARD OF DIRECTORS

In accordance with the Bylaws & CC&Rs of the Lakeside Plaza Condominium Association and Nevada Revised Statutes 82, 116, 116A, 117 et. seq., the following members of the Association demand a Special Meeting to vote to remove the *entire* Board of Directors and to call a Special Election to vote to replace said Board of Directors:

Please SIGN FOR EVERY UNIT YOU OWN. *PLEASE PRINT*:

| | LAKESIDE PLAZA ADDRESS | MAILING ADDRESS | MEMBER NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Please mail petition to: **KENYON & ASSOCIATES, 2255 Green Vista Dr, Ste 402, Sparks, NV 89431**