SHERYL MOULTON
IN PRO PER
P.O. Box 223581
Carmel, CA 93922
Telephone: (408) 840-2907

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated, | ) Case No.: CV07-05861 JW |
| | ) **NOTICE OF ERRATA** |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

– 1 –

1    **TO THE HONORABLE DISTRICT COURT:**

2        Plaintiff hereby gives notice of errata to the Court and all parties regarding Dockets # 25,

3    #26, and #32 that were electronically filed on December 29, 2007. Please strike Dockets # 25,

4    #26, and #32 from the record and substitute with Dockets # 27, #28 and #33, respectively.

5

6

7    Dated: January 10, 2008                   Respectfully submitted,

8                                                SHERYL MOULTON

9                                                By: _____ */s/Sheryl Moulton* _____

10                                                   Sheryl Moulton

11                                                   In Pro Per

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA

1

**PROOF OF SERVICE**

2

I, the undersigned, declare that I am over the age of 18, and am not a party to this action.

3

I am employed by:_____PO Box 223642 Carmel, CA  93922_____

4

_____

5

On the date below I served a copy, with all exhibits, of the following document(s):

6

**NOTICE OF ERRATA**

7

on the interested part in this action by placing a true copy thereof addressed to the following:

8

**SEE ATTACHED SERVICE LIST**

9  ☒    **BY ELECTRONIC MAIL TRANSMISSION (E-MAIL).** I caused a true copy of the

10       foregoing document(s) to be transmitted to each of the parties on the attached service list
         at the email address as last given by that person on any document which he or she has
         filed in this action and served upon this office.

11  ☒    **BY ECF.** I caused such documents to be e-filed with the Court which were then served

12       via the ECF filing system.

13  ☐    **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States

14       mail, at Reno, Nevada with postage thereon fully prepaid, individually addressed to the
         parties as indicated on the attached service list. I am readily familiar with the practice of

15       collection and processing correspondence in mailing. It is deposited with the United
         States Postal Service each day and that practice was followed in the ordinary course of

16       business for the service herein attested to. (Fed R. Civ. P. 5(b)(2)(B).

17  ☐    **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s)

18       to be transmitted to each of the parties on the attached service list at the facsimile
         machine telephone number as last given by that person on any document which he or she
         has filed in this action and served upon this office.

19  ☐    **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to the

20       addressee(s).

21       I declare under penalty of perjury under the laws of the State of California that the above
         is true and correct. Executed on January 10, 2008

22

23                                        ____/s/_John Cowell____

24                                             John Cowell

25

26

27

28

---

– 3 –

1

## SERVICE LIST

2

3  Gayle A. Kern                                    Joy Rochelle Graber
4  5421 Kietzke Lane, Suite 200                     Attorney at Law
   Reno, Nevada  89511                              Lemons Grundy & Eisenberg
5  Email: gaylekern@kernltd.com                     6005 Plumas St #300
                                                    Reno, NV 89519
6  Douglas Alson Sears                              (SERVED VIA ECF ONLY
7  Matheny Sears Linkert & Jaime                    – NO EMAIL ON FILE WITH COURT)
   3638 American River Drive
8  Sacramento, CA 95864
   Email: dsears@mathenysears.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA