# (AMENDED) PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18, and am not a party to this action. I am employed by:_____PO Box 223642 Carmel, CA  93922_____
_____

On the date below I served a copy, with all exhibits, of the following document(s):

PLAINTIFF'S OPPOSITION TO DEFENDANTS GAYLE A. KERN'S AND GAYLE A. KERN, LTD.'S MOTION TO QUASH SERVICE OF PROCESS AND TO DISMISS FOR INSUFFICIENCY OF SERVICE; LACK OF PERSONAL JURISDICTION; AND IMPROPER VENUE; OPPOSITION TO JOINDER IN MOTION TO DISMISS OF DEFENDANTS CHRISTENSEN, GRADY, JOSEPH, PERAU AND SVIHLA

on the interested part in this action by placing a true copy thereof addressed to the following:

## SEE ATTACHED SERVICE LIST

☒ **BY ELECTRONIC MAIL TRANSMISSION (E-MAIL).** I caused a true copy of the foregoing document(s) to be transmitted to each of the parties on the attached service list at the email address as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at Reno, Nevada with postage thereon fully prepaid, individually addressed to the parties as indicated on the attached service list. I am readily familiar with the practice of collection and processing correspondence in mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed R. Civ. P. 5(b)(2)(B).

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 9, 2008

_____
/ s / *John Cowell*
John Cowell

– 1 –

(AMENDED) PROOF OF SERVICE

1

**SERVICE LIST**

2

3    Gayle A. Kern                          Joy Rochelle Graber
4    5421 Kietzke Lane, Suite 200           Attorney at Law
     Reno, Nevada  89511                    Lemons Grundy & Eisenberg
5    Email: gaylekern@kernltd.com           6005 Plumas St #300
                                            Reno, NV 89519
6    Douglas Alson Sears                    (SERVED VIA ECF ONLY
7    Matheny Sears Linkert & Jaime          – NO EMAIL ON FILE WITH COURT)
     3638 American River Drive
8    Sacramento, CA 95864
     Email: dsears@mathenysears.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

(AMENDED) PROOF OF SERVICE