SHERYL MOULTON
IN PRO PER
P.O. Box 223581
Carmel, CA 93922
Telephone: (408) 840-2907

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500.<br><br>Defendants. | Case No.: CV07-05861 JW<br><br>**PLAINTIFF MOULTON'S NOTICE AND EMERGENCY MOTION FOR ENLARGEMENT FOR LEAVE TO AMEND COMPLAINT AND RE-FILE CONSOLIDATED MOTIONS PURSUANT TO FRCP 6(b); MOTION FOR SEAL OF EXHIBIT 1; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION**<br><br>**(FILED UNDER SEAL – EXHIBIT 1)**<br><br>Pending Hearing:<br>DATE:    February 25, 2008<br>TIME:    9:00 A.M.<br>DEPT:    8 |

**TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 25, 2008 at 9:00 AM or as soon thereafter as the matter may be heard in the above-entitled Court, located at 280 S. First St., #2112, San Jose, CA 95113, Plaintiff Sheryl Moulton will move, pursuant to Federal Rules of Civil Procedure 6(b), for an enlargement of time for leave to amend her complaint and an enlargement of time to re-file the motions as ordered by Honorable Judge Ware's January 4, 2008 Order.

Plaintiff respectfully requests that the time for filing the amended complaint and re-file the motions per Judge Ware's January 4, 2008 Order (*See* Docket #40) be enlarged to and including January 25, 2008.

Further, Plaintiff requests that the time for re-filing the consolidated motions per Judge Ware's January 4, 2008 Order (*See* Docket #40) be enlarged to and including January 25, 2008.

Furthermore, Plaintiff requests that Exhibit 1 be filed under seal.

The Motion is based upon this Notice of Motion and the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Sheryl Moulton, and evidence/exhibits attached hereto, such further papers as Plaintiff Moulton may file in connection with this motion, such further evidence or argument as may be presented at or before hearing on this motion and all pleadings, files and records in this action.

Dated: January 16, 2008                             Respectfully submitted,

                                                                  SHERYL MOULTON

                                                                  By:____ /s/*Sheryl Moulton*_____
                                                                        Sheryl Moulton
                                                                       In Pro Per

PLAINTIFF MOULTON'S NOTICE AND EMERGENCY MOTION FOR ENLARGEMENT FOR LEAVE TO AMEND COMPLAINT AND RE-FILE CONSOLIDATED MOTIONS PURSUANT TO FRCP 6(b); MOTION FOR SEAL OF EXHIBIT 1

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

Plaintiff, *pro se*, has been seriously ill with "walking pneumonia" for the past 2 ½ weeks. *See* Exhibit 1 (filed under seal). Furthermore, Plaintiff filed an Opposition January 9, 2008. *See* Docket # 42. Due to Plaintiff *pro se's* serious illness and good cause per Fed. R. Civ. P. 6(b) and Local Rules 6-1 and 6-3, Plaintiff, *pro se*, hereby respectfully requests an enlargement of time for leave to amend her Complaint and an enlargement of time to re-file consolidated motions as ordered by Honorable Judge Ware's January 4, 2008 Order. *See* Docket 40.

Furthermore, Plaintiff respectfully requests that Exhibit 1 be filed under seal due to doctor-patient privilege, Constitutional "Right to Privacy" protection under Ninth and Fourteen Amendments, and Roe v. Wade, 410 U. S. 113 (1973) which further protects doctor-patient privilege. This Exhibit proves Plaintiff has been seriously ill for the past 2 ½ weeks and unable to file the amended complaint and re-file the consolidated motions.

**II. STATEMENT OF FACTS**

Plaintiff, *pro se*, has been seriously ill with "walking pneumonia" for the past 2 ½ weeks and has not been physically well to complete the amended complaint by deadline. *See* Exhibit 1 (filed under seal). Furthermore, Plaintiff filed an Opposition January 9, 2008 *See* Docket # 42. Due to good cause, per Federal Rules of Civil Procedure 6(b), and Local Rules 6-1 and 6-3, Plaintiff, *pro se*, hereby respectfully requests enlargement of time for leave to amend her Complaint and an enlargement of time to re-file the motions as ordered by Honorable Judge Ware's January 4, 2008 Order. *See* Docket 40.

**III. ARGUMENT**

Good cause exists for enlargement as Plaintiff has been physically ill for the past 2 ½ weeks due to "walking pneumonia". Per Federal Rules of Civil Procedure 6(b)[1] and Local Rules

---

[1] Federal Rules of Civil Procedure 6(b)(1): In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

PLAINTIFF MOULTON'S NOTICE AND EMERGENCY MOTION FOR ENLARGEMENT FOR LEAVE TO AMEND COMPLAINT AND RE-FILE CONSOLIDATED MOTIONS PURSUANT TO FRCP 6(b); MOTION FOR SEAL OF EXHIBIT 1

1  6-1 and 6-3, Plaintiff respectfully requests this Court grant her motion for enlargement to amend
2  the complaint and re-file motions per Judge Ware's January 4, 2008 Order, as good cause exists.
3        Furthermore, Plaintiff respectfully requests that Exhibit 1 be filed under seal due to
4  doctor-patient privilege, Constitutional "Right to Privacy" protection under Ninth and Fourteen
5  Amendments and Roe v. Wade, 410 U. S. 113 (1973) which further protects doctor-patient
6  privilege. This Exhibit proves Plaintiff has been seriously ill for the past 2 ½ weeks and, in good
7  faith, physically unable to file the amended complaint and re-file the motions by deadline as
8  ordered in Judge Ware's January 4, 2008 Order.

### IV. CONCLUSION

10        Plaintiff requests that the time for filing the amended complaint and re-file the motions
11  per Judge Ware's January 4, 2008 Order be enlarged to and including January 25, 2008.
12        Further, Plaintiff requests that the time for re-filing the motions per Judge Ware's January
13  4, 2008 Order be enlarged to and including January 25, 2008.
14        Furthermore, Plaintiff requests that Exhibit 1 be filed under seal due to doctor-patient
15  privilege and Constitutional "Right to Privacy".
16        On the basis of the foregoing points and authorities, Plaintiff Sheryl Moulton respectfully
17  requests that the Court grant her Motion for Enlargement for leave to amend complaint and re-
18  file consolidated motions pursuant to FRCP 6(b) and Local Rules 6-1 and 6-3.

21  Dated: January 16, 2008                                                                 Respectfully submitted,

                                                                                             SHERYL MOULTON

                                                                                             By:_____/s/*Sheryl Moulton*_____
                                                                                                     Sheryl Moulton
                                                                                                     In Pro Per

PLAINTIFF MOULTON'S NOTICE AND EMERGENCY MOTION FOR ENLARGEMENT FOR LEAVE TO AMEND COMPLAINT AND RE-FILE CONSOLIDATED MOTIONS PURSUANT TO FRCP 6(b); MOTION FOR SEAL OF EXHIBIT 1

## DECLARATION OF SHERYL MOULTON
## IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT

I, Sheryl Moulton, declare as follows:

1. I am a pro se Plaintiff, residing in the State of California. At all times relevant hereto, I am responsible for the day-to-day management of this matter. As such, I have personal, firsthand knowledge of the facts stated in this declaration. If called upon to testify, I could and would competently testify to the facts stated herein.

2. On January 4, 2008 Order (*See* Docket #40), The Honorable Judge Ware issued an Order granting leave for Plaintiff, *Pro Se* to amend her Complaint and to re-file consolidated motions.

3. For the following reasons, Plaintiffs respectfully request that the time for filing the amended complaint be enlarged to and including January 25, 2008. Further, Plaintiffs requests that the time for filing the re-filing of the consolidated motions be enlarged to and including January 25, 2008.

4. Plaintiff, pro se, has suffered from serious illness (walking pneumonia) for the past 2-2/12 weeks. *See* Exhibit 1 (filed under seal). Plaintiff respectfully requests that Exhibit 1 be filed under seal due to doctor-patient privilege. Due to Plaintiff's serious illness and due to good cause under FRCP 6(b), Plaintiff respectfully requests this Court grant her motion for enlargement to amend the complaint, re-file consolidated motions per Judge Ware's January 4, 2008 Order, and file under seal Exhibit 1.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed January 16, 2008 in Sunnyvale, California.

*/s/Sheryl Moulton*
Sheryl Moulton

– 5 –

PLAINTIFF MOULTON'S NOTICE AND EMERGENCY MOTION FOR ENLARGEMENT FOR LEAVE TO AMEND COMPLAINT AND RE-FILE CONSOLIDATED MOTIONS PURSUANT TO FRCP 6(b); MOTION FOR SEAL OF EXHIBIT 1

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18, and am not a party to this action. I am employed by:___ PO Box 223642 Carmel, CA 93922_____
_____

On the date below I served a copy, with all exhibits, of the following document(s):

**PLAINTIFF MOULTON'S NOTICE AND EMERGENCY MOTION FOR ENLARGEMENT FOR LEAVE TO AMEND COMPLAINT AND RE-FILE CONSOLIDATED MOTIONS PURSUANT TO FRCP 6(b); MOTION FOR SEAL OF EXHIBIT 1**

on the interested part in this action by placing a true copy thereof addressed to the following:

## SEE ATTACHED SERVICE LIST

☒ **BY ELECTRONIC MAIL TRANSMISSION (E-MAIL).** I caused a true copy of the foregoing document(s) to be transmitted to each of the parties on the attached service list at the email address as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at Reno, Nevada with postage thereon fully prepaid, individually addressed to the parties as indicated on the attached service list. I am readily familiar with the practice of collection and processing correspondence in mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed R. Civ. P. 5(b)(2)(B).

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 16, 2008.

                /s/ *John Cowell*
                John Cowell

## SERVICE LIST

| | |
|---|---|
| Gayle A. Kern<br>5421 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>Email: gaylekern@kernltd.com<br><br>Douglas Alson Sears<br>Matheny Sears Linkert & Jaime<br>3638 American River Drive<br>Sacramento, CA 95864<br>Email: dsears@mathenysears.com | Joy Rochelle Graber<br>Attorney at Law<br>Lemons Grundy & Eisenberg<br>6005 Plumas St #300<br>Reno, NV 89519<br>(VIA E-FILING ONLY, NO EMAIL ON RECORD WITH COURT) |