# EXHIBIT 6



# Phil Frink & Associates
## Foreclosure & Trust Deed Services

**FACSIMILE TRANSMISSION REPORT**

DATE: January 31, 2008

FROM: PHIL FRINK

TO: Sheryl Moulton

RE: 10318 Lakeside Plaza Condo Assn/Moulton

FAX NUMBER: 313-731-4128

NUMBER OF PAGES INCLUDING COVER SHEET: 2

MESSAGE: Ms. Moulton, This is the HOA demand to pay the Lakeside Plaza Condominium Assn dues through February 6, 2008. However, I am unable to talk to the association's attorney to verify this amount. I will fax you the verification as soon as I am able to reach her. Please feel free to call if you have any questions.

SHOULD YOU NOT RECEIVE THIS ENTIRE FAX TRANSMISSION, PLEASE CONTACT PHIL FRINK

OR _____ IMMEDIATELY. THANK YOU.

401 Ryland, Suite #202, Reno, NV 89502
philfrinkassoc@sbcglobal.net