United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION
10   Sheryl Moulton,                        NO. C 07-05861 JW
11              Plaintiff,                   **ORDER DENYING APPLICATION FOR
                                            A TEMPORARY RESTRAINING
12      v.                                  ORDER; SETTING HEARING RE:
                                            MOTION FOR A PRELIMINARY
     Eugene Burger Management Corp., et al., INJUNCTION**
13
              Defendants.
14   _____/

15          Sheryl Moulton ("Plaintiff") filed this action against various Defendants alleging, *inter alia,*

16   violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

17          On January 31, 2008, Plaintiff filed an Ex Parte Application for a Temporary Restraining

18   Order.  (Docket Item No. 48.)  The Court DENIES Plaintiff's Application for a Temporary

19   Restraining Order.  The Court will consider that Plaintiff is moving the Court to issue a preliminary

20   injunction.  The Court finds good cause to shorten time for a hearing on the motion.

21          The Court sets a hearing on Plaintiff's Motion for a Preliminary Injunction on **Tuesday,**

22   **February 5, 2008 at 10 a.m.**  At the hearing, the parties shall be prepared to discuss jurisdiction and

23   venue, as well as whether an injunction should be granted concerning Plaintiff's property in Nevada.

24   //

25
26
27
28

1    Since Plaintiff has failed to serve the Summons and Complaint and the application on all of

2    the Defendants, Plaintiff shall serve this Order on all parties proposed to be enjoined on or before

3    **Monday, February 4, 2008.**

4

5    Dated:  February 1, 2008

6                                                                    JAMES WARE
                                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas Alson Sears dsears@mathenysears.com
Gayle Agnes Kern gaylekern@kernltd.com
Gayle Agnes Kern gaylekern@kernltd.com
Sheryl Moulton sherrym@internetvideo.com

**Dated:  February 1, 2008**                    **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers                    **
       **Elizabeth Garcia**
       **Courtroom Deputy**