GAYLE A. KERN, LTD.
GAYLE A. KERN, ESQ.
NEVADA BAR #1620
CALIFORNIA BAR #131258
5421 KIETZKE LANE, SUITE 200
RENO, NEVADA 89511
Telephone (775) 324-5930
Telefax (775) 324-6173
E-mail: gaylekern@kernltd.com

Attorneys for Lakeside Plaza Condominium
   Association; Phillip E. Frink; and
   Phil Frink and Associates, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; MICHAEL GRADY, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500.<br><br>Defendants. | Case No. CV07-05861-JW<br><br>**DEFENDANTS' LAKESIDE PLAZA CONDOMINIUM ASSOCIATION, DEFENDANTS' ULLA CHRISTENSEN, MICHAEL GRADY, DANIEL JOSEPH, FRANK PERAU AND RICH SVIHLA, PHILLIP E. FRINK AND PHIL FRINK AND ASSOCIATES, INC. EX PARTE MOTION TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: February 5, 2008<br>Hearing Time: 10:00am |

Defendants Lakeside Plaza Condominium Association, Inc., (the "Association" or "Lakeside Plaza"), Ulla Christensen, Michael Grady, Daniel Joseph, Frank Perau and Rich Svihla (collectively "Board Member Defendants"), Phillip E. Frink and Phil Frink and Associates, Inc. (collectively "Frink"), by and through Gayle A. Kern, Ltd., moves this Court for its order allowing

the undersigned to appear telephonically for the emergency hearing that has been scheduled for February 5, 2008 at 10:00 a.m.

The Court's order was filed at or about 5:14 p.m. on Friday February 1, 2008. The undersigned saw the Order at or about 2:10 p.m. on Monday, February 4, 2008. The undersigned immediately sought information on flying to San Jose, but was unable to find a flight that would allow an appearance at the emergency hearing. Accordingly, the undersigned seeks leave of court to appear at the emergency hearing telephonically.

DATED this 4th day of February, 2008.

GAYLE A. KERN, LTD.


/s/
_____
GAYLE A. KERN, ESQ.
Attorneys for Defendants Lakeside Plaza Condominium Association, Ulla Christensen, Michael Grady, Daniel Joseph, Frank Perau and Rich Svihla Phillip E. Frink and Phil Frink and Associates, Inc.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law offices of Gayle A. Kern, Ltd., and that on the 4th day of February, 2008, I served the foregoing document(s) described as follows:

**DEFENDANTS' LAKESIDE PLAZA CONDOMINIUM ASSOCIATION, DEFENDANTS' ULLA CHRISTENSEN, MICHAEL GRADY, DANIEL JOSEPH, FRANK PERAU AND RICH SVIHLA, PHILLIP E. FRINK AND PHIL FRINK AND ASSOCIATES, INC. EX PARTE MOTION TO APPEAR TELEPHONICALLY**

On the party(s) set forth below by:

X   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

Joy Rochelle Graber
Attorney at Law
Lemons Grundy & Eisenberg
6005 Plumas St #300
Reno, NV 89519

Notice has been electronically mailed to:

Sheryl Moulton    sherrym@internetvideo.com, ideasvc@hotmail.com, legal@internetvideo.com

Douglas Alson Sears    dsears@mathenysears.com, kdiaz@mathenysears.com

Dated this 4th day of February, 2008.

_/s/_____
GAYLE A. KERN

3