## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18, and am not a party to this action. I am employed by: _P.O. Box 223642 Carmel, CA 93922_

On the date below I served a copy, with all exhibits, of the following document(s):

[AMENDED] EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION; EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONORDER DENYING APPLICATION FOR A TEMPORARY RESTRAINING ORDER; SETTING HEARING RE: MOTION FOR A PRELIMINARY INJUNCTION

on the interested parties in this action by placing a true copy thereof addressed to the following:

### SEE ATTACHED SERVICE LIST

☒ **BY ELECTRONIC MAIL TRANSMISSION (E-MAIL).** I caused a true copy of the foregoing document(s) to be transmitted to each of the parties on the attached service list at the email address as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at San Jose, California with postage thereon fully prepaid, individually addressed to the parties as indicated on the attached service list. I am readily familiar with the practice of collection and processing correspondence in mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed R. Civ. P. 5(b)(2)(B).

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 3, 2008

/s/ John Cowell
John Cowell

## SERVICE LIST

Gayle A. Kern
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Email: gaylekern@kernltd.com

Douglas Alson Sears
Matheny Sears Linkert & Jaime
3638 American River Drive
Sacramento, CA 95864
Email: dsears@mathenysears.com