**PROOF OF SERVICE**

1

2    I, the undersigned, declare that I am over the age of 18, and am not a party to this action.
     I am employed by:____P.O. Box 223642 Carmel, CA  93922

3

4    On the date below I served a copy, with all exhibits, of the following document(s):

5
     **ORDER DENYING APPLICATION FOR A TEMPORARY RESTRAINING ORDER;**
6    **SETTING HEARING RE: MOTION FOR A PRELIMINARY INJUNCTION**

7    on the interested parties in this action by placing a true copy thereof addressed to the following:

8                              **SEE ATTACHED SERVICE LIST**

9    ☐    **BY ELECTRONIC MAIL TRANSMISSION (E-MAIL).** I caused a true copy of the
          foregoing document(s) to be transmitted to each of the parties on the attached service list
10        at the email address as last given by that person on any document which he or she has
          filed in this action and served upon this office.
11
     ☐    **BY ECF.** I caused such documents to be e-filed with the Court which were then served
12        via the ECF filing system.

13   ☒    **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States
          mail, at San Jose, California with postage thereon fully prepaid, individually addressed to
14        the parties as indicated on the attached service list. I am readily familiar with the practice
          of collection and processing correspondence in mailing. It is deposited with the United
15        States Postal Service each day and that practice was followed in the ordinary course of
          business for the service herein attested to. (Fed R. Civ. P. 5(b)(2)(B).
16

17   ☐    **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s)
          to be transmitted to each of the parties on the attached service list at the facsimile
18        machine telephone number as last given by that person on any document which he or she
          has filed in this action and served upon this office.

19
     ☐    **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to the
20        addressee(s).

21       I declare under penalty of perjury under the laws of the State of California that the above
     is true and correct. Executed on February 4, 2008
22

23

24                                              */s/ John Cowell*
                                                  John Cowell
25

26

27

28

                                    Page 1 of 2

1

## SERVICE LIST

2

3    Eugene Burger Management Corporation

4    c/o Stephen L. Burger
     6600 Hunter Dr.
5    Rohnert Park, California 94928

6    Eugene J. Burger
     6600 Hunter Dr.
7    Rohnert Park, California 94928

8    Karen Brigg
9    11601 Blocker Dr., Ste 100
     Auburn, California 95603
10

11   Douglas Alson Sears
     Matheny Sears Linkert & Jaime
12   3638 American River Drive
     Sacramento, California 95864
13   Email: dsears@mathenysears.com

14
     Gayle A. Kern, Ltd.
15   c/o Gayle A. Kern
     5421 Kietzke Lane Suite 200
16   Reno, NV 89511
17   Email: gaylekern@kernltd.com

18   Gayle A. Kern
19   5421 Kietzke Lane Suite 200
     Reno, NV 89511
20

21   Joy Rochelle Graber
     Attorney at Law
22   Lemons Grundy & Eisenberg
     6005 Plumas St #300
23   Reno, NV 89519

24

25

26

27

28

Phil Frink & Associates, Inc.
c/o Gayle A. Kern
5421 Kietzke Lane Suite 200
Reno, NV 89511

Phillip E. Frink
401 Ryland Street Ste 202
Reno, NV 89502

Kevin Berg
5011 Meadowood Mall Way, Ste 200
Reno, NV 89502

Lakeside Plaza Condominium Association
c/o Gayle A. Kern
5421 Kietzke Lane Suite 200
Reno, NV 89511

Ulla Christensen
2955 Lakeside Dr. #316
Reno, NV 89509

Michael Grady
2955 Lakeside Dr. #309
Reno, NV 89509

Daniel Joseph
2955 Lakeside Dr. #122
Reno, NV 89509

Frank A. Perau
5440 Spanish Moss Ct.
Sparks, NV 89436

Rich Svihla
2955 Lakeside Dr. #115
Reno, NV 89509