UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 2/5/2008
**Case No.:** CR-07-5861 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Jana Ridenour
**Interpreter:** N/A

## TITLE

**Sheryl Moulton v. Eugene Burger Management Corporation et al**

Attorney(s) for Plaintiff(s): Sheryl Moulton (in pro per)
Attorney(s) for Defendant(s): Joy Graber (pro hac for Gayle Kern)

## PROCEEDINGS

OSC re Preliminary Injunction

## ORDER AFTER HEARING

**Hearing Held. Defendant present and in pro per. After hearing oral argument on the Order to Show Cause the Court DENIES the Plaintiff's request for Preliminary Injunction. The Court to issue further order following hearing.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: