EXHIBIT 1

DOC #3611840
01/16/2008 09:46:40 AM
Electronic Recording Requested By
STEWART TITLE RENO
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00  RPTT: $0
Page 1 of 2

APN: 019-443-16
No. 10318

When recorded return to:
Phil Frink & Associates, Inc.
401 Ryland St., Ste 202
Reno, Nv 89502
704289-01

## NOTICE OF CONDOMINIUM HOMEOWNERS ASSOCIATION SALE

**WARNING! A SALE OF YOUR PROPERTY IS IMMINENT! UNLESS YOU PAY THE AMOUNT SPECIFIED IN THIS NOTICE BEFORE THE SALE DATE, YOU COULD LOSE YOUR HOME, EVEN IF THE AMOUNT IS IN DISPUTE. YOU MUST ACT BEFORE THE SALE DATE. IF YOU HAVE ANY QUESTIONS, PLEASE CALL PHIL FRINK AT 775-324-2567. IF YOU NEED ASSISTANCE PLEASE CALL THE FORECLOSURE SECTION OF THE OMBUDSMAN'S OFFICE, AT 877-829-9907 IMMEDIATELY.**

Owners name(s)/reputed owners name(s): Sheryl A. Moulton

On February 6, 2008, at 10:45 o'clock A.M., Phil Frink & Associates, Inc., under and pursuant to the Notice of Claim of Lien, dated July 5, 2007, executed by Phil Frink & Associates, Inc. as Agent for Lakeside Plaza Condominium Association, such lien being properly assessed and recorded pursuant to NRS 116.3116 on July 5, 2007, as Document No. 3551545, of Official Records of Washoe County, State of Nevada in favor of Lakeside Plaza Condominium Association, by reason of the breach of assessment obligation secured thereby, a Notice of Default and Election to Sell was recorded September 20, 2007, as Document No. 3576936, of Official Records of Washoe County, State of Nevada, will sell at public auction to the highest bidder, lawful money of the United States of America, at the Virginia Street entrance of the Washoe County Courthouse located at the corner of Court Street and Virginia Street, Reno, Nevada, without covenant or warrant expressed or implied, regarding title, possession or encumbrances, all right, title and interest of the owner, without equity or right of redemption, the real property situate in the County of Washoe, State of Nevada, described as follows:

PARCEL 1:

Unit 366-B of Lakeside Plaza, Phase 1, a Condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, as Tract Map No. 1827.

PARCEL 2:

An undivided 1/191st interest in the Common Areas as shown on the official maps of Lakeside Plaza, Phases I and II, a Condominium, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, under Filing No. 597196, Official Records and under Filing No. 597200, Official Records, Washoe County, Nevada

for the purpose of satisfying the assessment obligation secured by said assessment lien, to wit: $2,205.22, plus late charges interest, any subsequent assessments, fees, charges and expenses, advances and costs of the Homeowners Association or it's Agent, under the terms of the assessment lien.

Dated: January 14, 2008

Phil Frink & Associates, Inc., as Agent for
Lakeside Plaza Condominium Association

BY: Phillip E. Frink, President

---

DO NOT PUBLISH BELOW THIS LINE

Land Situate in the Reno Judicial Township
Publish Notice of Condominium Homeowners Association Sale in the Reno Gazette Journal
Three times on: January 16, 2008; January 23, 2008 and January 30, 2008

State of Nevada      )
                     )SS
County of Washoe     )

CJ GALLIO-HEDDY
Notary Public, State of Nevada
Appointment Recorded in Washoe County
No: 99-58044-2 - Expires Sept. 8, 2011

This instrument was acknowledged before me on January 14, 2008 by Phillip E. Frink.

NOTARY PUBLIC

APN: 019-443-16
FORECLOSURE NO. 10318

When recorded mail to:
Phil Frink & Associates, Inc.
401 Ryland Street Ste 202
Reno, NV 89502

DOC # 3576936
09/20/2007 10:30:40 AM
Requested By
STEWART TITLE OF NORTHERN NEVADA
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00 RPTT: $0.00
Page 1 of 2

_704289-01_                                            (Space Above For Recorder's Use Only)

## NOTICE OF DEFAULT AND ELECTION TO SELL

TO: Sheryl A. Moulton

**WARNING! IF YOU FAIL TO PAY THE AMOUNT SPECIFIED IN THIS NOTICE, YOU COULD LOSE YOUR HOME, EVEN IF THE AMOUNT IS IN DISPUTE!**

Pursuant to NRS 116.3116, Phil Frink & Associates, Inc., located at 401 Ryland St., Ste 202, Reno, NV 89502, as Agent for Lakeside Plaza Condominium Association, a non-profit corporation, does hereby give you notice of your default and does hereby elect to sell or cause the sale, to satisfy the obligation owing and arising out of your failure to pay your homeowners association assessments.

The lien of Lakeside Plaza Condominium Association recorded July 5, 2007 as Document No. 3551545 of Official Records of Washoe County, State of Nevada, securing the obligation of the assessments which was a deficiency in the amount of $1,856.42, as of the date of said lien, plus the accruing assessments since that time, late charges, advances, attorney fees and costs of the agent of the Association.

The total due as of this date is $2,663.39.

Pursuant to NRS 116.3316, the sale of the real property situate in the County of Washoe, State of Nevada and being more particularly described as follows:

PARCEL 1:

Unit 366-B of Lakeside Plaza, Phase 1, a Condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, as Tract Map No. 1827.

PARCEL 2:

An undivided 1/191st interest in the Common Areas as shown on the official maps of Lakeside Plaza, Phases I and II, a Condominium, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, under Filing No. 597196, Official Records and under Filing No. 597200, Official Records, Washoe County, Nevada

will be held if this obligation is not completely satisfied and paid within ninety (90) days from the date of the mailing of this Notice of Default and Election to Sell.

Dated September 19, 2007

Phil Frink & Associates, Inc., as Agent for
Lakeside Plaza Condominium Association

_____
By: Phillip E. Frink, President

STATE OF NEVADA  )
                 )SS
COUNTY OF WASHOE )

LORA LEE OWENS
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-53252-2 - Expires May 3, 2010

This instrument was acknowledged before me on September 19, 2007 by Phillip E. Frink as President of Phil Frink & Associates, Inc.

_____
Notary Public

APN: 019-443-16
No. 10318

WHEN RECORDED RETURN TO:
Phil Frink & Associates, Inc.
401 Ryland Street Ste 202
Reno, NV 89502



DOC # 3551545
07/05/2007 02:25:00 PM
Requested By
PHIL FRINK & ASSOCIATES INC
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00 RPTT: $0.00
Page 1 of 2

(Space Above for Recorder's Use Only)

## NOTICE OF DELINQUENT ASSESSMENT-CLAIM OF LIEN

Notice is hereby given that Lakeside Plaza Condominium Association hereinafter called Association, formed to provide the maintenance and preservation of the common area of the Association in the County of Washoe, State of Nevada, pursuant to NRS 116.3116 for the services performed which were to be and were actually furnished, used and performed on the said premises, located in the County of Washoe, State of Nevada, more particularly described as follows:

PARCEL 1:

Unit 366-B of Lakeside Plaza, Phase 1, a Condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, as Tract Map No. 1827.

PARCEL 2:

An undivided 1/191st interest in the Common Areas as shown on the official maps of Lakeside Plaza, Phases I and II, a Condominium, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, under Filing No. 597196, Official Records and under Filing No. 597200, Official Records, Washoe County, Nevada

And that the whole of said real estate upon which the buildings are situate is reasonably necessary for the convenient use and occupancy of said buildings.

That Sheryl A. Moulton, is/are the name(s) of the owner(s) or reputed owners(s) of said property and improvements hereinabove described.

That the prorata assessment and special assessments, if any, which shall constitute a lien against the above described property amount to $143.00 per month, as provided in the COVENANTS, CONDITIONS AND RESTRICTIONS, recorded April 2, 1979, as Document No. 597201 of Official Records of Washoe County, State of Nevada, and any supplements or amendments thereto, and which have been supplied to and agreed to by said owner(s) or reputed owner(s). That the Association has made demand for payment of the total amount due and owing but said sum has not been paid.

That the amount now owing and unpaid totals $1,856.42 as of July 2, 2007 and consists of delinquent assessments in the amount of $286.18, late fees in the amount of $20.00, Attorney fees in the amount of $205.00, Notice and copy charges $68.54, and reserve assessment in the amount of $1,419.79, and increases at the rate of $143.09 per month, plus late charges in the amount of $10.00 per month, plus attorney fees and the fees of the agent of the Managing Body of the Association incurred in connection with the preparation, recording and foreclosure of this lien.

WHEREFORE, the Association, this lien claimant, claims the benefit of laws relating to liens and mechanics upon said property and buildings and other improvements thereon, as above described, upon the land which the same is erected, together with convenient space above the same as may be and for the costs of preparation and recordation of this claim of lien, the whole of said property being reasonably necessary for the proper use and occupancy of said buildings and other improvements situated thereon.

DATED: July 5, 2007

Phil Frink & Associates, Inc. as Agent
For the Managing Body of Lakeside Plaza
Condominium Association

_____
BY: Phillip E. Frink, President

STATE OF NEVADA   )
                 )SS
COUNTY OF WASHOE )

This instrument was acknowledged before me on July 5, 2007 by Phillip E. Frink.

_____
NOTARY PUBLIC

LORA LEE OWENS
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-53252-2 - Expires May 3, 2010