EXHIBIT 6


3 copies

## OFFICIAL CHECK

SERIAL #: 0014205107

ACCOUNT#: 4861-505345

February 04, 2008

PAY TO THE ORDER OF    ***LAKESIDE PLAZA ***
***CONDOMINIUM ASSOCIATION***

***Four thousand ninety-four dollars and 95 cents***    **$4,094.95**

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  4,094.95

**NON-NEGOTIABLE**

**Purchaser Copy**

FB-004    M4203  07438979