United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 07-05861 JW |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION; SETTING HEARING ON MOTIONS TO DISMISS** |
| v. | |
| Eugene Burger Management Corp., et al., | |
| Defendants. | |

Sheryl Moulton ("Plaintiff") filed this action against various Defendants[1] alleging, *inter alia,* violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

On January 31, 2008, Plaintiff filed an Ex Parte Application for a Temporary Restraining Order to enjoin Defendants from engaging in the foreclosure sale of her property, located in Reno, Nevada. (Docket Item No. 48.) On February 1, 2008, the Court denied Plaintiff's Application; however, the Court set a hearing for February 5, 2008 on Plaintiff's Motion for a Preliminary Injunction. (Docket Item No. 54.) Presently before the Court is Plaintiff's Motion for a Preliminary Injunction.

Under the traditional test for a preliminary injunction, a plaintiff must show: "(1) a strong likelihood of success on the merits, (2) the possibility of irreparable injury to plaintiff if preliminary relief is not granted, (3) a balance of hardships favoring the plaintiff, and (4) advancement of the

---

[1] Defendants are Eugene Burger Management Corporation, Eugene J. Burger, Kevin Berg, Karen Brigg, Phil, Frink & Associates, Inc., Phillip E. Frink, Gayle A. Kern, Ltd, Gayle A. Kern, Ulla Christensen, Michael Grady, Daniel Joseph, Frank Perau, Rich Svihla, and Lakeside Plaza Condominium Association.

public interest (in certain cases)." <u>Natural Resources Defense Council, Inc. v. Winter</u>, 502 F.3d 859, 862 (2007).

For the reasons stated on the record, Plaintiff has not met her burden of establishing a strong likelihood of success on the merits. In addition, there are several outstanding motions that challenge whether the Court has jurisdiction over the subject matter of this case, as well as over Defendants. (<u>See e.g.</u>, Docket Item Nos. 44, 46.)[2] The motions also challenge whether the Northern District of California is a proper venue for this case. (<u>Id.</u>) Since these motions are potentially case dispositive, the Court DENIES Plaintiff's Motion for a Preliminary Injunction.[3]

Dated: February 5, 2008

JAMES WARE
United States District Judge

---

[2] The hearing on these motions is currently set for **February 25, 2008 at 9 a.m.** The Court does not intend to change the hearing date and the parties may not stipulate to a different date without prior approval of the Court.

[3] Plaintiff has filed a Motion for Reconsideration of Preliminary Injunction. (Docket Item No. 58.) In her new motion, Plaintiff does not offer any new evidence that she will succeed on the merits of her case. (<u>Id.</u>) Thus, the Court DENIES Plaintiff's Motion for Reconsideration.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas Alson Sears dsears@mathenysears.com
Gayle Agnes Kern gaylekern@kernltd.com
Gayle Agnes Kern gaylekern@kernltd.com
Joy Rochelle Graber jrg@lge.net
Sheryl Moulton sherrym@internetvideo.com

**Dated: February 5, 2008**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**