**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

February 7, 2008

RE: <u>CV 07-05861 JW</u>   <u>SHERYL MOULTON-v- EUGENE BURGER MANAGEMENT CORPORATION, ET AL.</u>

Default is entered as to defendant Kevin Berg on 2/7/08.

RICHARD W. WIEKING, Clerk

by<u>Cindy Vargas</u>  
Case Systems Administrator

NDC TR-4  Rev. 3/89