IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 07-05861 JW |
|       Plaintiff,<br>  v.<br>Eugene Burger Management Corp., et al.,<br>      Defendants. | **ORDER DENYING PLAINTIFF'S REQUEST TO STRIKE DOCKET ENTRIES** |

Plaintiff has filed a Notice of Errata regarding Docket Item Nos. 25, 26 and 32, requesting that these entries be stricken from the Docket. (Docket Item No. 44.) While these entries are in some respects duplicative of other later entries, the Court finds that the interest of having the Docket preserved is not outweighed by Plaintiff's need in requesting that the Court strike these entries. Accordingly, the Court DENIES Plaintiff's request to strike Docket Item Nos. 25, 26 and 32.

Dated: February 14, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas Alson Sears dsears@mathenysears.com
Gayle Agnes Kern gaylekern@kernltd.com
Gayle Agnes Kern gaylekern@kernltd.com
Joy Rochelle Graber jrg@lge.net
Sheryl  Moulton sherrym@internetvideo.com

**Dated:  February 14, 2008**          **Richard W. Wieking, Clerk**

                                       **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**