# EXHIBIT 1

RECORDING REQUESTED BY

Ian D. McPhail, Attorney at Law

WHEN RECORDED MAIL TO

IAN D. McPHAIL
Attorney at Law
9200 Soquel Drive
Aptos, CA 95003

DOC # 3494654
02/05/2007 03:18:53 PM
Requested By
IAN MCPHAIL
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $40.00 RPTT: $0.00
Page 1 of 2

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made this **22** day of **JANUARY**, 2007, between SHERYL A. MOULTON, an unmarried woman, herein called Trustor, whose address is 1000 Beck Street, #366, Reno, Nevada 89509; FIRST AMERICAN TITLE COMPANY OF NEVADA, a Nevada corporation, herein called Trustee; and BETTY C. PAUL as Trustee of Trust A under the PAUL TRUST dated March 24, 1997, herein called Beneficiary, whose address is P.O. Box 221461, Carmel, CA 93922.

WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that real property in the County of Washoe, State of Nevada, described as:

The land referred to herein situate in the State of Nevada, County of Washoe, described as follows:

PARCEL 1:
Unit 366-B of LAKESIDE PLAZA, PHASE 1, a Condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, as Tract Map No. 1827.

PARCEL 2:
An undivided 1/191st interest in the Common Areas as shown on the official maps of LAKESIDE PLAZA, PHASES I AND II, a Condominium, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 2, 1979, under Filing No. 597196, Official Records and under Filing No. 597200, Official Records, Washoe County, Nevada.

APN: 019-443-16

Together with the rents, issues and profits, thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, and profits.

For the purposes of securing (1) payment of the sum of **TWENTY EIGHT THOUSAND DOLLARS ($28,000.00)** with interest thereon according to the terms of the promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and all extensions or renewal thereof; and (2) the performance of each agreement of Trustor incorporated herein by reference or contained herein; (3) payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or to his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the Security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious Deed of Trust recorded in the Office of each County Recorder in the State of Nevada on January 30, 1968, in the book and at the page thereof, or under the document or file number, noted below opposite the name of such county, namely: below opposite the name of such county, namely:

| County | Book | Page | Doc. No. | | County | Book | Page | Doc.No. |
|---|---|---|---|---|---|---|---|---|
| Churchill | 39 Mortgages | 363 | 115384 | | Lincoln | | | 45902 |
| Clark | 850 Off. Rec. | | 682747 | | Lyon | 37 Off. Rec. | 341 | 100661 |
| Douglas | 57 Off. Rec. | 115 | 40050 | | Mineral | 11 Off. Rec. | 129 | 89073 |
| Elko | 92 Off. Rec. | 652 | 35747 | | Nye | 105 Off. Rec. | 107 | 04823 |
| Esmeralda | 3-X Deeds | 195 | 35922 | | Ormsby | 72 Off. Rec. | 537 | 32867 |
| Eureka | 22 Off. Rec. | 138 | 45941 | | Pershing | 11 Off. Rec. | 249 | 66107 |
| Humboldt | 28 Off. Rec. | 124 | 131075 | | Storey | "S" Mortgages | 206 | 31506 |
| Lander | 24 Off. Rec. | 168 | 50782 | | Washoe | 300 Off. Rec. | 517 | 107192 |
| | | | | | White Pine | 295 R.E. Records | 258 | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivision A and B, (identical in all counties, and printed below) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed a reasonable amount.

The undersigned Trustor requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address above set forth.

Dated: 1.22.07

*Sheryl A. Moulton* (signature)

SHERYL A. MOULTON

STATE OF CALIFORNIA

COUNTY OF MONTEREY

On January 22, 2007, before me, IAN D. McPHAIL Notary Public, personally appeared SHERYL A. MOULTON, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

Signature *Ian McPhail* (signature)

[Notary seal: IAN D. MC PHAIL, Commission # 1418974, Notary Public - California, Santa Cruz County, My Comm. Expires May 17, 2007]

[Notary seal: IAN D. MC PHAIL, Commission # 1418974, Notary Public - California, Santa Cruz County, My Comm. Expires May 17, 2007]

# EXHIBIT 2

Feb 01 08 01:54p    Phil Frink                         775-324-9222                p.1



# Phil Frink & Associates
*Foreclosure & Trust Deed Services*

**FACSIMILE TRANSMISSION REPORT**

DATE: January 31, 2008

FROM: PHIL FRINK

TO: Sheryl Moulton

RE: 10318 Lakeside Plaza Condo Assn/Moulton

FAX NUMBER: 313-731-4128

NUMBER OF PAGES INCLUDING COVER SHEET: 2

MESSAGE: Ms. Moulton, This is the HOA demand to pay the Lakeside Plaza Condominium Assn dues through February 6, 2008. However, I am unable to talk to the association's attorney to verify this amount. I will fax you the verification as soon as I am able to reach her. Please feel free to call if you have any questions.

SHOULD YOU NOT RECEIVE THIS ENTIRE FAX TRANSMISSION, PLEASE CONTACT PHIL FRINK

OR _____ IMMEDIATELY. THANK YOU.

401 Ryland, Suite #202, Reno, NV 89502
philfrinkassoc@sbcglobal.net

Feb 01 08 01:54p    Phil Frink    775-324-9222    p.2

## HOMEOWNERS ASSOCIATION DEMAND AND BID STATEMENT

To: Phil Frink & Associates, Inc.  
401 Ryland St. Ste 202  
Reno, NV 89510

File Number: 10318  
HOA: Lakeside Plaza Condo Association  
Owner: Moulton  
Address: 1000 Beck Street, Unit 366, Reno

TOTAL HOMEOWNERS ASSOCIATION ASSESSMENTS DUE AS OF DATE OF SALE  
$2,205.22

| | |
|---|---|
| AGENTS FEE | $ 450.00 |
| PREPARE NOTICE OF CLAIM OF LIEN | $ 50.00 |
| RECORD NOTICE OF CLAIM OF LIEN | $ 16.00 |
| RECORD RESCISSION OF NOTICE OF CLAIM OF LIEN | $ |
| CERTIFIED AND FIRST CLASS MAILING COSTS NOTICE OF LIEN | $ 11.24 |
| PREPARE NOTICE OF DEFAULT | $ 50.00 |
| RECORD NOTICE OF DEFAULT | $ 16.00 |
| RECORD RESCISSION OF NOTICE OF DEFAULT | $ |
| CERTIFIED AND FIRST CLASS MAILING COSTS NOTICE OF DEFAULT | $ 16.86 |
| PRELIMINARY TITLE REPORT | $ 400.00 |
| PREPARE NOTICE OF SALE | $ 50.00 |
| RECORD NOTICE OF SALE | $ 25.00 |
| CERTIFIED AND FIRST CLASS MAILING COSTS NOTICE OF SALE | $ 22.48 |
| POST NOTICE OF SALE | $ 200.00 |
| PUBLICATION COSTS NOTICE OF SALE | $ 382.15 |
| PREPARE BID STATEMENT | $ 50.00 |
| POSTPONE SALE:   POSTPONEMENTS AT $ EACH | $ |
| DATE DOWNS: 2 AT $25.00 EACH | $ 50.00 |
| TRAVEL TO | $ |
| CRY SALE | $ |
| PERSONALLY SERVE/POST PROPERTY | $ 100.00 |
| OTHER COSTS: | $ |

TOTAL COSTS    $1,889.73

TOTAL AMOUNT DUE THROUGH 2-6-08    $4,094.95

# EXHIBIT 3

| | |
|---|---|
| 00142   11-24 | |
| Office AU #   1210(8) | **OFFICIAL CHECK**   0014205107 |
| Operator I.D.: cu006183   cu001971 | |
| | February 04, 2008 |
| PAY TO THE ORDER OF   ***LAKESIDE PLAZA***   ***CONDOMINIUM ASSOCIATION*** | |
| ***Four thousand ninety-four dollars and 95 cents*** | **$4,094.95** |

Handwritten on check:
PAID IN FULL - PAID IN PROTEST
This payment/payoff is disputed
Per FAIR DEBT COLLECTION PRACTICES ACT
Hutton v. Lakeside Plaza Condo, et al.
This collection is a violation of FDCPA
(Fair Debt Collection Practices Act).

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 4,094.95

Richard Levy
CONTROLLER

# EXHIBIT 4

Case 5:07-cv-05861-JW　Document 65-2　Filed 02/18/2008　Page 9 of 18

*FROM THE DESK OF:*
Sheryl Moulton
P.O. Box 223581
Carmel, CA 93922
(408) 836-9122 Telephone
(313) 731-4128 Facsimile
sherylmoulton@gmail.com

February 5, 2008

Gayle Kern, Esq.
Gayle Kern, Ltd.
Facsimile: (775) 324-6173
Email: gaylekern@kernltd.com

Dear Mrs Kern,

I am requesting you fax and email the name of payee and the payoff amount of the alleged "debt" in question to me at: (313) 731-4128, sherylmoulton@gmail.com

Foreclosure of my condo is scheduled for tomorrow, as you know, and I have written you several letters requesting this information, and you have yet to provide an itemization and validation of this disputed debt as required by Fair Debt Collection Practices Act. I request that you provide me with the following information:

1) the amount of the debt;
2) an detailed itemization of the debt;
3) the name of the creditor to whom the debt is owed;
4) Provide a verification or copy of any judgment (if applicable);
5) Proof that you are licensed to collect debts in Nevada.

I request the above information be immediately faxed and emailed to me to: fax (313) 731-4128, sherylmoulton@gmail.com

Be advised that I am fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. For instance, I know that:

- because I have disputed this debt in writing within 30 days of receipt of your dunning notice, you must obtain verification of the debt or a copy of the judgment against me and mail these items to me at your expense;
- you cannot add interest or fees except those allowed by the original contract or state law.
- you do not have to respond to this dispute but if you do, any attempt to collect this debt without validating it, violates the FDCPA;

I have disputed this debt; therefore, until validated you know your information concerning this debt is inaccurate. Thus, if you have already reported this debt to any credit-reporting agency

(CRA) or Credit Bureau (CB) then, you must immediately inform them of my dispute with this debt. Reporting information that you know to be inaccurate or failing to report information correctly violates the Fair Credit Reporting Act § 1681s-2. Should you pursue a judgment without validating this debt, I will inform the judge and request the case be dismissed based on your failure to comply with the FDCPA.

If you do not own this debt, I demand that you immediately send a copy of this dispute letter to the original creditor so they are also aware of my dispute with this debt.

Finally, any action to enforce this illegal debt will be prosecuted to the fullest extent of state and federal laws which will include legal fees, actual, statutory, and punitive damages.

Most sincerely,

*Sheryl Moulton*

Sheryl Moulton

cc: Phil Frink
Phil Frink & Associates, Inc.
401 Ryland St., Ste. 202
Reno, NV 89502
Facsimile (775) 324-9222
Email: philfrinkassoc@sbcglobal.net

## Ideas VC

| | |
|---|---|
| From: | send@mail.efax.com |
| Sent: | Tuesday, February 05, 2008 3:35 PM |
| To: | ideasvc@gmail.com |
| Subject: | Successful transmission to 17753246173. Re: |

Dear SHERRY MOULTON,

Re:

The 2 page fax you sent through eFax.com to 17753246173 was successfully transmitted at 2008-02-05 23:25:11 (GMT).

The length of transmission was 107 seconds.

The receiving machine's fax ID: .


If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

Best Regards,
eFax.com

Customer Service
Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

1

**Ideas VC**

From: send@mail.efax.com
Sent: Tuesday, February 05, 2008 3:25 PM
To: ideasvc@gmail.com
Subject: Successful transmission to 17753249222. Re:

Dear SHERRY MOULTON,

Re:

The 2 page fax you sent through eFax.com to 17753249222 was successfully transmitted at 2008-02-05 23:25:13 (GMT).

The length of transmission was 114 seconds.

The receiving machine's fax ID: 775 324 9222.

If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

Best Regards,
eFax.com

Customer Service
Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com

# EXHIBIT 5

# TRUST ACCOUNT RECEIPT

FILE NO: 10318

PHIL FRINK & ASSOCIATES, INC
401 Ryland St. Ste 202
Reno, NV 89502

DATE: February 6, 2008

HERITAGE BANK OF NEVADA
Reno, Nevada

AMOUNT: $4094.95

REMITTED BY: Sheryl Moulton

Type of funds: Cashier's Check
Funds Bank Name: WFB
Funds Bank ABA:
Funds Bank Account:
Funds Check Number: 0227122801
Prepared by: Phil Frink

---

02271  11-24
Office AU #  1210(8)

Operator I.D.: reno2238   reno2238

**OFFICIAL CHECK**   0227122801

February 06, 2008

PAY TO THE ORDER OF   ***PHIL FRINK AND ASSOCIATES***
***RE: LAKESIDE PLAZA CONDO ASSOC.***

***Four thousand ninety-four dollars and 95 cents***         **$4,094.95**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 4,094.95

*Richard Levy*
CONTROLLER

# EXHIBIT 6

## Association Ledger
### Sheryl A. Moulton (LN) (MOULTON)
### Lakeside Plaza Operating

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
|  | Balance Forward |  |  | 0.00 |
| 06/30/07 | Balance 2006 Special Assessment | 1,419.79 |  | 1,419.79 |
| 06/30/07 | copies & postage | 12.84 |  | 1,432.63 |
| 06/30/07 | Kern 24667 | 102.50 |  | 1,535.13 |
| 06/30/07 | June 2007 Fees | 143.09 |  | 1,678.22 |
| 06/30/07 | hearing notice | 50.42 |  | 1,728.64 |
| 06/30/07 | 2nd notice | 14.64 |  | 1,743.28 |
| 06/30/07 | hearing notice | 20.64 |  | 1,763.92 |
| 07/01/07 | Fees | 161.68 |  | 1,925.60 |
| 08/01/07 | Fees | 161.68 |  | 2,087.28 |
| 08/15/07 | July late fee | 10.00 |  | 2,097.28 |
| 08/15/07 | chk# 2034 |  | 314.77 | 1,782.51 |
| 09/01/07 | Fees | 161.68 |  | 1,944.19 |
| 09/25/07 | chk# 2044 |  | 161.68 | 1,782.51 |
| 09/25/07 | chk# 2035 |  | 161.68 | 1,620.83 |
| 10/01/07 | Fees | 161.68 |  | 1,782.51 |
| 10/12/07 | chk# 2046 |  | 161.68 | 1,620.83 |
| 11/01/07 | Fees | 161.68 |  | 1,782.51 |
| 11/13/07 | chk# 2078 |  | 165.00 | 1,617.51 |
| 12/01/07 | Fees | 161.68 |  | 1,779.19 |
| 12/11/07 | late fee November 2007 | 10.00 |  | 1,789.19 |
| 12/12/07 | Legal fees Gayle Kern Ltd. | 61.50 |  | 1,850.69 |
| 12/12/07 | Legal Fees Gayle Kern Ltd 11/27 | 41.00 |  | 1,891.69 |
| 12/12/07 | chk# 2054 |  | 161.68 | 1,730.01 |
| 01/01/08 | Fees | 161.68 |  | 1,891.69 |
| 01/01/08 | reverse Legal fees Gayle Kern 12/12/07 | -61.50 |  | 1,830.19 |
| 01/01/08 | reverse Legal Fees Gayle Kern Ltd 11/27 | -41.00 |  | 1,789.19 |
| 01/01/08 | Kern June 2007 Attorney Fees | 293.03 |  | 2,082.22 |
| 01/01/08 | Kern July 2007 Attorney Fees | 123.00 |  | 2,205.22 |

FEB. 6.2008  3:00PM                                                        NO. 171   P.5

# HOMEOWNERS ASSOCIATION DEMAND AND BID STATEMENT

To: Phil Frink & Associates, Inc.  
401 Ryland St. Ste 202  
Reno, NV 89510

File Number: 10318  
HOA: Lakeside Plaza Condo Association  
Owner: Moulton  
Address: 1000 Beck Street, Unit 366, Reno

TOTAL HOMEOWNERS ASSOCIATION ASSESSMENTS DUE AS OF DATE OF SALE  
$2,205.22

| Item | Amount |
|---|---|
| AGENTS FEE | $ 450.00 |
| PREPARE NOTICE OF CLAIM OF LIEN | $ 50.00 |
| RECORD NOTICE OF CLAIM OF LIEN | $ 16.00 |
| RECORD RESCISSION OF NOTICE OF CLAIM OF LIEN | $ |
| CERTIFIED AND FIRST CLASS MAILING COSTS NOTICE OF LIEN | $ 11.24 |
| PREPARE NOTICE OF DEFAULT | $ 50.00 |
| RECORD NOTICE OF DEFAULT | $ 16.00 |
| RECORD RESCISSION OF NOTICE OF DEFAULT | $ |
| CERTIFIED AND FIRST CLASS MAILING COSTS NOTICE OF DEFAULT | $ 16.86 |
| PRELIMINARY TITLE REPORT | $ 400.00 |
| PREPARE NOTICE OF SALE | $ 50.00 |
| RECORD NOTICE OF SALE | $ 25.00 |
| CERTIFIED AND FIRST CLASS MAILING COSTS NOTICE OF SALE | $ 22.48 |
| POST NOTICE OF SALE | $ 200.00 |
| PUBLICATION COSTS NOTICE OF SALE | $ 382.15 |
| PREPARE BID STATEMENT | $ 50.00 |
| POSTPONE SALE:  POSTPONEMENTS AT $ EACH | $ |
| DATE DOWNS: 2 AT $25.00 EACH | $ 50.00 |
| TRAVEL TO | $ |
| CRY SALE | $ |
| PERSONALLY SERVE/POST PROPERTY | $ 100.00 |
| OTHER COSTS: | $ |

TOTAL COSTS                                                                $1,889.73

TOTAL AMOUNT DUE THROUGH 2-6-08                            $4,094.95