12/06/2007 10:18   7753227529          FEDEX KINKOS RENO                PAGE 02

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MOULTON, SHERYL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV07-05861 JW

V.

EUGENE BURGER MANAGEMENT
CORPORATION

TO: (Name and address of defendant)

EUGENE BURGER MANAGEMENT CORPORATION
c/o STEPHEN L BURGER
6600 HUNTER DR
ROHNERT PARK, CA 94928

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL MOULTON
IN PRO PER
P.O. BOX 223581
CARMEL, CA 93922

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC 0 6 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| SHERYL MOULTON<br>POST OFFICE BOX 223581<br>CARMEL, CA 93922 | (408) 836-9122 | |
| ATTORNEY FOR (Name): IN PRO PER | Ref. No. or File No.<br>EUGENE BURGER | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
SHERYL MOULTON

DEFENDANT:
EUGENE BURGER MANAGEMENT CORPORATION

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV07 - 05861 JW |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**PLEASE SEE ATTACHMENT RE: SERVICE DOCUMENT(S)**

ON: **EUGENE BURGER MANAGEMENT CORPORATION**

AT: **6600 HUNTER DRIVE
ROHNERT PARK, CA 94928**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**CARRA CLAMPITT - PERSON APPARENTLY IN CHARGE AUTHORIZED TO ACCEPT - 45ish, 180#, 5'7", brown hair, wf**

ON: 02/12/2008
AT: 04:45 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service:
County: SONOMA
Registration No.: P-324
**EXCALIBUR ATTORNEY SERVICE**
1901 Cleveland Avenue, Ste # 4
Santa Rosa, CA 95401
(707) 575-7522

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 19, 2008.

Signature: _____

AARON PALMER

**PROOF OF SERVICE**

Order#: EAS6124/GProof39

<u>United States District Court * Northern District of California</u>
<u>Moulton – vs – Eugene Burger Management, et al.</u>
<u>Case Number: CV07 – 05861 JW</u>

**Service Document(s):**

**Summons in a Civil Case;**
**Complaint for Injunctive Relief, Declaratory Relief; and Damages with Attached Exhibit "1";**
**Order Setting Initial Case Management Conference and ADR Deadlines;**
**Standing Order Re: Initial Case Management;**
**Consent to Proceed Before a United States Magistrate Judge;**
**Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;**
**Standing Order to All Judges of the Northern District of California – Contents of Joint Case Management Statement ;**
**Standing Order Regarding Case Management in Civil Cases**