# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MOULTON, SHERYL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV07-05861 JW

V.

EUGENE J. BURGER

TO: (Name and address of defendant)

EUGENE J. BURGER
6600 HUNTER DR
ROHNERT PARK, CA 94928

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL MOULTON
IN PRO PER
P.O. BOX 223581
CARMEL, CA 93922

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC 0 6 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: (408) 836-9122 | FOR COURT USE ONLY

SHERYL MOULTON
POST OFFICE BOX 223581
CARMEL, CA 93922

Ref. No. or File No.: EUGENE BURGER

ATTORNEY FOR (Name): IN PRO PER

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

SHERYL MOULTON

DEFENDANT:

EUGENE BURGER MANAGEMENT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV07 - 05861 JW |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**PLEASE SEE ATTACHMENT RE: SERVICE DOCUMENT(S)**

ON: **EUGENE J. BURGER**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**6600 HUNTER DRIVE**
**ROHNERT PARK, CA 94928**

ON: **February 14, 2008**
AT: **09:08 am**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON February 14, 2008 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
**CARRA CLAMPITT, PERSON APPARENTLY IN CHARGE - 45ish, 180#, 5'7", brown hair, Cauc. female**

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SONOMA
Registration No.: P-324
EXCALIBUR ATTORNEY SERVICE
1901 Cleveland Avenue, Ste # 4
Santa Rosa, CA 95401
(707) 575-7522

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 18, 2008.

Signature: ______________________
AARON PALMER

PROOF OF SERVICE

**United States District Court * Northern District of California**
**Moulton – vs – Eugene Burger Management, et al.**
**Case Number: CV07 – 05861 JW**

## Service Document(s):

**Summons in a Civil Case;**
**Complaint for Injunctive Relief, Declaratory Relief; and Damages with Attached Exhibit "1";**
**Order Setting Initial Case Management Conference and ADR Deadlines;**
**Standing Order Re: Initial Case Management;**
**Consent to Proceed Before a United States Magistrate Judge;**
**Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;**
**Standing Order to All Judges of the Northern District of California – Contents of Joint Case Management Statement ;**
**Standing Order Regarding Case Management in Civil Cases**