UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 2/25/2008  **Court Reporter:** Gina Colin
**Case No.:** C- 07-05861 JW  **Interpreter:** N/A
**Related Case No.:** N/A

TITLE

**Sheryl Moulton v. Eugene Burger Management Corporation et al**

**Attorney(s) for Plaintiff(s)**: Sheryl Moulton
**Attorney(s) for Defendant(s)**: Gayle Kern, Joy Graber

PROCEEDINGS

1. Defendant Ulla Christensen's, et al. Motion to Dismiss [Doc. 12];
2. Defendant Gayle A. Kern, Ltd.'s Motion to Quash Service [Doc. 19]
2. Plaintiff's Emergency Motion for Extension of Time to Amend Complaint and Motion to Re-File Motion and Motion to Seal Exhibit 1 [Doc. 46]

ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further order on motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: