```
FILED                                            FILED    RECEIVED
          UNITED STATES DISTRICT COURT          ENTERED    SERVED ON
          Northern District of California—    COUNSEL/PARTIES OF RECORD
              280 South First Street
2008 MAR 21  P 3: 22  San Jose, California 95113
                                                  2008 MAR 14  P 3: 53
              www.cand.uscourts.gov
Richard W. Wieking                                       General Court Number
Clerk     RICHARD W. WIEKING                  CLERK US DISTRICT COURT 408.535.5364
          CLERK                                DISTRICT OF NEVADA
          U.S. DISTRICT COURT
          NO. DIST. OF CA. S.J.     March 10, 2008
                                                       BY_____ DEPUTY
```

*United States District Court*
*Foley Federal Building*
*300 Las Vegas Boulevard South*          2:08-cv-00347-RLH-LRL
*Las Vegas, N.V., 89101*


RE: CV 07-05861 JW   SHERYL MOULTON-v-EUGENE BURGER MANAGEMENT CORPORATION, ET AL.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.


    Please acknowledge receipt of the above documents on the attached copy of this letter.

                            Sincerely,
                            RICHARD W. WIEKING, Clerk


                            by: <u>Cindy Vargas</u>
                            Case Systems Administrator


Enclosures
Copies to counsel of record

March 10, 2008

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.